**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| BAUTISTA REO PR CORP., <br><br> Plaintiff, <br><br> v. <br><br> RUGAM CORPORATION, MORA DEVELOPMENT CORPORATION, ALEJANDRO RUBÍ CINTRÓN, HIS WIFE MARIEL MARXUACH TORRÓS, AND THE LEGAL CONJUGAL PARTNERSHIP RUBÍ-MARXUACH, CLEOFE RUBÍ GONZÁLEZ, HIS WIFE MORAIMA CINTRÓN ÁVILES, AND THE LEGAL CONJUGAL PARTNERSHIP RUBÍ-CINTRÓN. <br><br> Defendants. | Civil No. 16-02938 <br><br> Re: <br><br> COLLECTION OF MONIES; FORECLOSURE OF MORTGAGES AND OTHER COLLATERAL |

**INFORMATIVE MOTION REGARDING COMPLIANCE WITH 28 U.S.C. § 2002**

**TO THE HONORABLE COURT:**

COMES NOW plaintiff, **BAUTISTA REO PR, CORP,** through the undersigned legal counsel and respectfully alleges, states, and prays that:

1. The judicial sales of the property subject in the instant case are scheduled to be held on July 2, 9 and 16, 2021. Attached is the Notice of Sale issued on June 2, 2021. See, **Exhibit A**.

2. In compliance with **28 U.S.C. § 2002,** the Notice of Sale was published once a week for four (4) weeks prior to the sale in *El Nuevo Día*, a newspaper regularly issued and of general circulation, on the following dates: June 9, 16, 23, and 30, 2021. Attached is an affidavit from the newspaper and a copy of the clipping as evidence of the publication. See, **Exhibit B**.

3. The Notice of Sale of the Property was posted in three public places in the municipality of San Juan (including at the U. S. District Court for the District of Puerto Rico in

the municipality of San Juan), two public places in the municipality of Juncos (where the Property is located), and three public places in the municipality of Guaynabo, where the sale will be held. Attached is a statement under penalty of perjury from July 1, 2021, as evidence of the posting of said Notice of Sale. See, **Exhibit C**.

4. On June 14, 2021, the Notice of Sale was also notified by certified mail to the defendants, and all interested parties. See, evidence of the notification attached as **Exhibit D**.

**WHEREFORE**, **BAUTISTA REO PR.CORP**, respectfully requests that this Court take notice of the above for all pertinent purposes.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 2nd day of July 2021.

I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filling to the parties of record.

**O'NEILL & BORGES LLC**
*Attorneys for Bautista REO PR Corp.*
250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

By: *s/Omayra Sepúlveda Vega*
USDC No. 231808
Email:omayra.sepulveda@oneillborges.com