**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

**CIVIL NO. 16-02938**

Exhibit B

**BAUTISTA REO PR CORP.**

**VS.**

**RUGAM CORPORATION, ET/ALS**

# AFFIDAVIT

I, Miriam Hernández Marti, of legal age, married, employee and resident of San Juan, Puerto Rico, do solemnly swear that I am a Customer Service Representative for "EL NUEVO DIA", a newspaper of general circulation in the Island of Puerto Rico, and I am dully authorized to declare that in the edition of this newspaper corresponding to JUNE 9, 16, 23 & 30, 2021, the following Legal Notice was published:

**NOTICE OF PUBLIC SALE**

**JOEL RONDA FELICIANO, SPECIAL MASTER**

In witness where of and upon request of those concerned, I swear to and sign the present in Guaynabo, P.R. this 30 day of June, 2021.

______________________________

**Affidavit No.** 77603

Acknowledged and sworn to before me by Miriam Hernández Marti, of legal age, married, employee and resident of San Juan, Puerto Rico, as representative of "EL NUEVO DIA", whom I know personally.

FERNANDO RABELL ECHEGARAY ABOGADO-NOTARIO

Guaynabo, P.R. 30 June 2021

______________________________
NOTARY

RECIBO

Sello

4U21-01211092

9397
06/04/2021
$5.00

Sello de Asistencia Legal
80004-2021-0604-93826112

poseedores, tenedores de, o interesados en títulos transmisibles por endoso, o al portador, garantizados hipotecariamente con posterioridad al crédito del actor por la presente se notifica, que se celebrarán las subastas en las fechas, horas y sitios señalados para que puedan concurrir a la subasta si les conviniere o se les invita a satisfacer antes del remate el importe del crédito, de sus intereses, otros cargos y las costas y honorarios de abogado asegurados quedando subrogados en los derechos del acreedor ejecutante. HIPOTECA: Constituida por Pedro Juan Santiago Galarza (soltero), en garantía de un pagaré a favor de AUTORIDAD PARA EL FINANCIAMIENTO DE LA VIVIENDA DE PUERTO RICO, o a su orden, por la suma de $15,000.00, sin intereses y vencedero en 8 años, según la escritura número 376-A, otorgada en San Juan, el 9 de junio de 2005, ante el notario Héctor M. Lugaro Figueroa. Inscrita al folio 58 del tomo 1900 de Ponce. Inscripción décimo quinta. Condiciones Restrictivas: Por si, establecidas por a favor de La Autoridad para el Financiamiento de la Vivienda de Puerto Rico. El inmueble tiene que constituir la residencia principal y no puede ser arrendada o destinada a otro uso que no sea el de su residencia habitual y permanente. No podrá vender, donar, permutar, o de cualquier otro modo, transferir la propiedad dentro de un periodo de ocho (8) años, contados desde la fecha en que se adjudicó el beneficio o subsidio. Si el beneficiario fallece, sus herederos legítimos no vendrá obligado el reembolso dispuesto, si la propiedad hubiera sido legítimamente transferida a su favor por sucesión testada o intestada. Si los herederos advinieron titulares de la propiedad, dentro del mismo decidieren vender, permutar, donar o de otro modo transferir la propiedad, vendrá obligados a efectuar el reembolso de la totalidad del subsidio beneficio. El incumplimiento de las condiciones relacionadas obligará a los deudores hipotecarios a devolver a La Autoridad la totalidad del subsidio o beneficio. Según surge de la inscripción 15 practicada con fecha 16 de agosto de 2005 al folio 57 vuelto del Tomo 1900 de la demarcación Ponce Norte y en virtud de la escritura número 376a otorgada en el día 9 de junio de 2005 ante el notario Héctor M. Lugaro Figueroa. PRESENTACION: Presentada el 11 de octubre de 2019, al asiento 2019-108629-PO01, Demanda de fecha 4 de octubre de 2019, ante el Tribunal de Primera Instancia, Centro Judicial de Ponce Sala Superior, en el caso civil número PO 2019CV03461, seguido por Legacy Mortgage Asset Trust 2019-GS5 vs. Pedro Juan Santiago Galarza (soltero), sobre cobro de dinero y ejecución de hipoteca, en la que se reclama el pago de hipoteca, con un balance de $54,394.95 y otras cantidades, o la venta en pública subasta de la propiedad. Pendiente de anotación. Y para conocimiento de licitadores del público en general se publicará este Edicto de acuerdo con la ley por espacio de dos semanas en tres sitios públicos del municipio en que ha de celebrarse la venta, tales como la alcaldía, el Tribunal y la colecturía. Este Edicto será publicado mediante edictos dos veces en un diario de circulación general en el Estado Libre Asociado de Puerto Rico, por espacio de dos semanas consecutivas. La propiedad a ser ejecutada se adquirirá libre de cargas y gravámenes posteriores sujeto a lo dispuesto en los Artículos 113 al 116 de la Ley 210 del 8 de diciembre de 2015, según aplique. Expido el presente Edicto de subasta bajo mi firma en Ponce, Puerto Rico, hoy día 3 de junio de 2021. Fdo. Manuel Maldonado, Alguacil

**17507843**

Estado Libre Asociado de Puerto Rico Tribunal General de Justicia Tribunal de Primera Instancia Sala Superior de Fajardo. Marina PDR Operations, LLC Demandante v. Dennis B. Lee, Jr y otros Demandado(a). Civil FA2020CV00618. Sobre: Cobro de Dinero. NOTIFICACIÓN DE SENTENCIA POR EDICTO A: Dennis B. Lee Jr.: 1882 Columbia Rd NW PH #2, Washington, DC 20009; 2424 18TH ST NN #C2, Washington, DC 20009; 2351 Champlain St, Washington, DC 20009. El Secretario(a) que suscribe le notifica a usted que el 30 de mayo de 2021, este Tribunal ha dictado Sentencia, Sentencia Parcial o Resolución en este caso, que ha sido debidamente registrada y archivada en autos donde podrá usted enterarse detalladamente de los términos de la misma. Esta notificación se publicará una sola vez en un periódico de circulación general en la Isla de Puerto Rico, dentro de los 10 días siguientes a su notificación. Y, siendo o representando usted una parte en el procedimiento sujeta a los términos de la Sentencia, Sentencia Parcial o Resolución, de la cual puede establecerse recurso de revisión o apelación, dentro del término de 30 días contados a partir de la publicación por edicto de esta notificación, dirijo a usted esta notificación, que se considerará hecha en la fecha de la publicación de este Edicto. Copia de esta notificación ha sido archivada en los autos de este caso, con fecha de 1 de junio de 2021. En Fajardo, Puerto Rico, el 1 de junio de 2021. Wanda I. Seguí Reyes, Nombre Secretario(a). Jeniffer Carrasquillo González, Nombre y Firma Secretario Auxiliar

**17507844**

Estado Libre Asociado de Puerto Rico Tribunal General de Justicia Tribunal de Primera Instancia Sala Superior de Fajardo. Marina PDR Operations, LLC Demandante v. Enrique Fábregas Suárez, et als. Demandado(a). Civil FA2020CV00622. Sobre: Cobro de Dinero. NOTIFICACIÓN DE SENTENCIA POR EDICTO A: Enrique Fábregas Suárez; 31 201 Urb. Serena, Caguas, PR 00727. El Secretario(a) que suscribe le notifica a usted que el 30 de mayo de 2021, este Tribunal ha dictado Sentencia, Sentencia Parcial o Resolución en este caso, que ha sido debidamente registrada y archivada en autos donde podrá usted enterarse detalladamente de los términos de la misma. Esta notificación se publicará una sola vez en un periódico de circulación general en la Isla de Puerto Rico, dentro de los 10 días siguientes a su notificación. Y, siendo o representando usted una parte en el procedimiento sujeta a los términos de la Sentencia, Sentencia Parcial o Resolución, de la cual puede establecerse recurso de revisión o apelación, dentro del termino de 30 días contados a partir de la publicación por edicto de esta notificación, dirijo a usted esta notificación, que se considerará hecha en la fecha de la publicación de este Edicto. Copia de esta notificación ha sido archivada en los autos de este caso, con fecha de 1 de junio de 2021. En Fajardo, Puerto Rico, el 1 de junio de 2021. Wanda I. Seguí Reyes, Nombre Secretario(a). Jeniffer Carrasquillo González, Nombre y Firma Secretario Auxiliar

**17507845**

In The United States District Court For The District Of Puerto Rico. BAUTISTA REO PR CORP., Plaintiff v. RUGAM CORPORATION, MORA DEVELOPMENT CORPORATION, ALEJANDRO RUBÍ CINTRÓN, HIS WIFE MARIEL MARXUACH TORRÓS, AND THE LEGAL CONJUGAL PARTNERSHIP RUBÍ-MARXUACH, CLEOFE RUBÍ GONZALEZ, HIS WIFE MORAIMA CINTRÓN ÁVILES, AND THE LEGAL CONJUGAL PARTNERSHIP RUBÍ-CINTRÓN Defendants. Civil No. 16-02938, Re: Collection of Monies; Foreclosure of Mortgages and Other Collateral. NOTICE OF PUBLIC SALE To: RUGAM CORPORATION, MORA DEVELOPMENT CORPORATION, ALEJANDRO RUBÍ CINTRÓN, HIS WIFE MARIEL MARXUACH TORRÓS, AND THE LEGAL CONJUGAL PARTNERSHIP RUBÍ-MARXUACH, CLEOFE RUBÍ GONZÁLEZ, HIS WIFE MORAIMA CINTRÓN ÁVILES, AND THE LEGAL CONJUGAL PARTNERSHIP RUBÍ-CINTRÓN. TO: The GENERAL PUBLIC: WHEREAS, A Judgment in favor of plaintiff, BAUTISTA CAYMAN ASSET COMPANY, now substituted by Bautista REO PR Corp. ("Bautista") was entered on May 31, 2018, pursuant to certain Stipulation for the Entry of Judgment filed by the parties on May 22, 2018. WHEREAS, pursuant to the Stipulation for the Entry of Judgment, Defendants agreed that they owed Bautista, jointly and severally, the total amount of $3,270,695.76, which is composed of $2,299,599.15 in principal, and $945,671.82 in accrued interests, plus the amount of $399.24 per diem for interest, but not including, among others, legal expenses. WHEREAS, on January 31, 2021, Bautista filed a Motion for Execution of Judgment, whereby it requested the execution of the collateral related to the Loan Agreement, as defined in the Complaint, as satisfaction, to the extent possible, of the outstanding balances agreed to in the Stipulation for the Entry of Judgment. WHEREAS, on April 21, 2021, this Court entered an Order of Public Sale in Execution of Judgment (Docket No. 94) and on April 22, 2021, the Court entered the corresponding Writ of Execution (Docket No. 95), granting Bautista's Motion for Execution of Judgment and allowing the public sale of the Real Property (as defined below). WHEREAS, pursuant to the aforementioned Judgment, the Order of Public Sale in Execution of Judgment entered on April 21, 2021, and the Writ of Execution issued on April 22, 2021, the undersigned was ordered to sell at public auction, for U.S. currency in cash or certified check without appraisement or right of redemption to the highest bidder and at the Clerk's Office of the United States District Court for the District of Puerto Rico or any other appropriate location at the Special Master's discretion, to cover, to the extent possible, the sums adjudged to be paid to Bautista, the following real property (the "Real Property") belonging to and recorded in the name of Rugam Corporation. The Real Property is described in the Registry of the Property of Puerto Rico, as follows: Real Property 15,072: RUSTIC: Parcel of land located in the Ceiba North Ward of the municipality of Juncos, Puerto Rico, with a Surface area of 406,521.6479 square meters, equivalent to 103.4302 cuerdas. Bordering on the NORTH, with lands of Altos de la Ceiba, Corp., and the Estate of Urrutia; on the SOUTH, with lands of Javier Rivera; on the EAST, with lands of Javier Rivera; and on the WEST, with lands of Altos de la Ceiba, Corp. This is the Remnant, according to deed number 9, executed in San Juan, Puerto Rico, on June 26, 2008, before Notary Yesef Yahir Cordero, and recorded at page 121 of tome 402 of Juncos, property number 15,072, 4th recordation. The property number 15,072 is recorded at page 121 of volume 402 of Juncos, Second Section of Caguas, Registry of the Property of Puerto Rico. Second Real Property is located at PR 935 KM 2.4 Ceiba Norte Ward, Juncos, PR. The undersigned will execute the following mortgage, which has been duly endorsed in favor of Bautista REO: i.Mortgage in favor of Doral Financial Corp. or to its order, in the principal amount of $3,075,000.00, and annual interests of 1% over the "Primer Rate", due on demand, constituted pursuant to Deed Number 133 executed in San Juan, Puerto Rico on June 27, 2003 before Notary Public Manuel L. Correa Marquez, over a property number 15,072 recorded in the Registry of the Property of Puerto Rico, Second Section of Caguas, at page 121 of volume 402 of Juncos ("the Mortgage I"). The Real Property is subject to the following liens recorded prior to the Mortgage I: i. Ease of way as servant lot. ii.Restrictive Conditions of construction and use. iii. Perpetual ease of way as servant lot, with a value of $1,000.00, pursuant to Deed Number 6, executed in San Juan, Puerto Rico, on August 11, 2003, before Notary Public Roberto Corretjer Piquer, registered at volume 402 of Juncos, 1st registration. The Real Property is subject to the following junior liens recorded after Mortgage I: i.Mortgage securing a mortgage note payable to the bearer, or to its order, in the principal sum of $2,000,000.00, with an annual interest of 1% over the "Prime Rate", due on demand, executed pursuant to Mortgage Deed No. 127, in San Juan, Puerto Rico, on December 8, 2004, before notary public Teresa Trujillo Ortiz, and recorded at page 121 of volume 402 of Juncos. ii.Notice of Complaint filed by Bautista Cayman Asset Company related to the instant case. WHEREAS, all the bidders attending the public sale will accept as correct and sufficient the rights and titles previously described and listed as liens and attachments to the Real Property. WHEREAS, pursuant to the Judgment, the Order of Public Sale in Execution of Judgment, and the Writ of Execution, the mortgage that will be executed is Mortgage I, as described herein. Therefore, the correct minimum bid amounts to be accepted by the undersigned for the public sale of the Real Property, in accordance with the mortgage deed which Bautista will foreclose in this action ("Foreclosure Valuation"), are as follows: Real Property 15,072 1.First public sale: $3,075,000.00 The minimum bids to be accepted at the third and third auctions, in the event that the first and/or second public auctions are deserted, will be 2/3 and ½, respectively, of the Foreclosure Valuation. WHEREAS, for the purposes of the judicial sale, the undersigned Special Master shall not accept in payment for the Real Property sold anything but United States currency or certified checks, except in the case of Bautista, as judgment creditor, in which case the amount of the bid made by it shall be credited to and deducted from the amount owed under the Judgment; Bautista being bound to pay in cash or certified check only any excess of its bid over the amount owed under the Judgment, then remaining unsatisfied. WHEREAS, said sale to be made by the undersigned is subject to confirmation by the United States District Court for the District of Puerto Rico, and the deed(s) of conveyance to the Real Property will be executed and delivered only after such confirmation. NOW THEREFORE, public notice is hereby given that the undersigned Special Master, pursuant to the above, will proceed with the public sales of the Real Property (as described above), which shall be held on July 2, 2021, at 10:00am at Rondapro, E Street, Lot 3, Section 4, Los Frailes Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971). In the event that the public sales are deserted, a second auction will be held on July 9, 2021, at 10:00am at Rondapro, E Street, Lot 3, Section 4, Los Frailes Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971). In the event that the second auction is deserted, a third auction will be held on July 16, 2021, at 10:00am at Rondapro, E Street, Lot 3, Section 4, Los Frailes Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971). WHEREAS, this notice will be published once a week for at least four weeks prior to the date of the sales, in a newspaper printed regularly and having a general circulation on the island of Puerto Rico, and will also be posted in three (3) public places of the Municipality of Caguas. WHEREAS, written notice of the sales will be delivered by the undersigned Special Master to any occupants of the Real Property and the undersigned will conduct any necessary inspections thereof without breach of peace, also having authority to enter the common areas of the Real Property for those purposes. WHEREAS, the undersigned Special Master will also provide RUGAM CORPORATION, MORA DEVELOPMENT CORPORATION, ALEJANDRO RUBÍ CINTRÓN, HIS WIFE MARIEL MARXUACH TORRÓS, AND THE LEGAL CONJUGAL PARTNERSHIP RUBÍ-MARXUACH, CLEOFE RUBÍ GONZÁLEZ, HIS WIFE MORAIMA CINTRÓN ÁVILES, AND THE LEGAL CONJUGAL PARTNERSHIP RUBÍ-CINTRÓN, with a copy of this notice by forwarding it through certified mail to their address of record. WHEREAS, in order to vest the purchaser with the possession of the Real Property, the undersigned Special Master is authorized to, when required, proceed to evict the Defendants or any other person from the Real Property, and is further authorized to take all necessary measures, including but not limited to, forcing doors, breaking locks, removing personal or movable property, and performing any other act or taking any other measure necessary to fully comply with this order of eviction, without further requirements or additional order of the Court. For further particulars, the interested parties may examine the case records and proceedings at the Office of the Clerk of the United States District Court for the District of Puerto Rico, Clemente Ruiz Nazario Courthouse Building, Fernando Chardón Street, San Juan, Puerto Rico. In San Juan, Puerto Rico, this 2 day of June 2021. Joel Ronda Feliciano, Special Master

**17507846**

Estado Libre Asociado de Puerto Rico Tribunal General de Justicia Tribunal de Primera Instancia Sala Superior de Luquillo

**BRISEIDA MEDERO OSORIO**

tcc

**BRIZEIDA MEDERO OSORIO, CRISTÓBAL OSORIO MONSERRATE, ANA MARÍA CRUZ PÉREZ**

y

**LA SOCIEDAD LEGAL DE GANANCIALES**

Demandante

v.

**VILLAS DE LUQUILLO INC; R & G MORTGAGE CORP. SCOTIABANK PUERTO RICO, ORIENTALBANK, JOHN DOE**

y

**JANE DOE**

como posibles tenedores desconocidos

Demandados

Civil Núm.: LU2021CV00064, Sobre: Pagaré Extraviado. EMPLAZAMIENTO POR EDICTO. Estados Unidos de América, El Presidente de los EE.UU., El Estado Libre Asociado de Puerto Rico

**A: JOHN DOE, JANE DOE**

posibles tenedores de pagaré extraviado descrito más adelante. Por la presente se le notifica que se ha radicado una Demanda donde se solicita se cancele el siguiente pagaré, el cual está extraviado, así como la hipoteca que garantiza su pago sobre la propiedad que a continuación se describe: a.Hipoteca en garantía de un pagaré a favor de Villas De Luquillo Inc. o a su orden, por la suma principal de $24,090.02, con intereses al 9.00% anual, vencedero el día 1 de octubre de 2004, constituida mediante la escritura número 36, otorgada en San Juan, Puerto Rico, el día 29 de septiembre de 1994, ante el notario William Joseph Lukeroth e inscrita al folio 100 tomo 223 de Luquillo, finca número 11876, inscripción 2da. b. URBANA: Solar radicado en el Proyecto Villas de Luquillo situado en el Barrio Mata de Plátano del término municipal de Luquillo, Puerto Rico, que se describe con el nombre, área y colindancias que se relacionan a continuación: Solar número: ocho (8), Bloque: 'A'; área de mil seiscientos noventa y seis punto cuarenta y ocho metros cuadrados (1,696.48 m.c), equivalentes a cero punto cuatro mil doscientos noventa y seis (0.4296) cuerdas. Linda por el NORTE, con el lote número 6 en una distancia de treinta metros (30 m.); por el SUR, con Calle uno (1) en una distancia de veintiún metros (21 m.); por el ESTE, con el lote número siete (7) en una distancia de sesenta y tres metros con cuarenta y dos centésimas de otro metro (63.42 m.); y por el OESTE, con el lote número nueve (9) en una distancia de setenta y tres metros con trece centésimas de otro metro (73.13 m.). Inscrita al folio cien (100), del tomo doscientos veintitrés (223) de Luquillo, finca número Once Mil Ochocientos setenta y seis (11,876) Inscripción tercera. Número de Catastro: veinte y tres guión ciento veinte guión cero cincuenta y tres guión treinta y cuatro guión cero cero cero (23-120-053-34-000). POR LA PRESENTE se le emplaza para que presente al tribunal su alegación responsiva a la demanda dentro de los treinta (30) días de haber sido diligenciado este emplazamiento, excluyéndose el día del diligenciamiento. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr, salvo que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la secretaría del tribunal. Si usted deja de presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente. Nombre del Abogado: FRANCISCO J. PORTUONDO DIAZ, RUA: 8,932. Dirección: Urbanización Alto Apolo, R-9 Calle D, Guaynabo, Puerto Rico 00969-4945. Tel: 787-731-8117 – 787-382-2519 /Fax: Correo Electrónico: francisco. portuondo@gmail.com. Expedido bajo mi firma y sello del Tribunal, hoy 28 de mayo de 2021. Wanda I. Seguí Reyes, Nombre de la Secretaria Regional. Por: Amarilis Márquez Márquez, Secretaria Auxiliar del Tribunal I

**17507847**

Estado Libre Asociado de Puerto Rico Tribunal General de Justicia Tribunal de Primera Instancia Sala Superior de Salinas

**MANUEL ENRIQUE MONSERRAT APONTE**

tcc

**MANUEL MONSERRAT**

y

**ROCÍO MONSERRAT APONTE**

Demandantes

vs.

**ANA MARÍA ELOISA BARAGAÑO GONZÁLEZ**

y otros

Demandados

Civil Núm.: SA2021CV00100, SOBRE: Acción Civil Sobre División de Comunidad y Otorgamiento de Escrituras. Estados Unidos de América, El Presidente de los Estados Unidos, El Estado Libre Asociado de Puerto Rico. EMPLAZAMIENTO POR EDICTO A: Ana María Eloisa Baragaño González, dirección desconocida. Por la presente se le notifica a usted que se ha radicado en esta Secretaría la demanda de epígrafe. Se le emplaza y requiere para que notifique al licenciado: Francisco J. Portuondo Díaz, DE PORT PSC, D R 9 ALTO APOLO, GUAYNABO, PR 00969-94945, Teléfono: (787)731-8117 y 787-382-2519, abogado de la parte demandante, con copia de la contestación a la Demanda dentro de los treinta (30) días siguientes a la publicación de este edicto, que se publicará una vez en un periódico de circulación diaria general. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr /sumac/, salvo que se represente por derecho propio. Si usted no contesta la demanda dentro del término antes indicado, radicando el original de la contestación ante el Tribunal correspondiente, y notificando con copia a la parte demandante, se le anotará la rebeldía y se le dictará Sentencia en su contra concediendo el remedio solicitado a favor de la parte demandante sin más citarle ni oírle. EXTENDIDO BAJO MI FIRMA y el Sello del Tribunal, en Salinas, Puerto Rico, hoy día 26b de mayo de 2021. Marisol Rosado Rodríguez, Secretaria Regional. Brenda L. Ramos Pomales, Sub-Secretaria

**17507848**

Estado Libre Asociado de Puerto Rico Tribunal de Primera Instancia Sala Superior de Bayamón

**BANCO POPULAR DE PUERTO RICO**

Demandante

v.

**SUCESIÓN DE ANTONIO CRUZ AYALA**

compuesta por

**ANA IVETTE REYES VEGA**

por sí y en la Cuota Viudal Usufructuaria, sus hijas

**ELBAMARIE ANN CRUZ REYES, ALISYARET CRUZ REYES**

y

**SHAIRY MAR CRUZ REYES**

representada por su madre con patria potestad y custodia

**ANA IVETTE REYES VEGA, SUCESIÓN DE RAMÓN ANTONIO CRUZ PÉREZ**

t/c/c

**RAMÓN A. CRUZ PÉREZ**

t/c/c

**RAMÓN ANTONIO CRUZ**

t/c/c

**RAMON CRUZ**

y le heredan por derecho de representación

**ARIANE NOMARYS CRUZ ROSARIO, SHAQUILLE ADRIÁN CRUZ ROSARIO**

representado por su madre con patria potestad y custodia

**SUTANA DE TAL, KIMBERLY ANN CRUZ RIVERA**

representada por su madre con patria potestad y custodia

**PERENCEJA DE TAL**

y

**STEPHANIE ILEANEXIS CRUZ PARIS, FULANO DE TAL**

y

**MENGANO DE TAL**

como posibles herederos desconocidos con interés en las Sucesiones

**CENTRO DE RECAUDACIÓN DE INGRESOS MUNICIPALES (CRIM)**

Demandados

Civil Núm. BY2021CV01249 (702). Sobre: Cobro de Dinero y Ejecución de Hipoteca. EMPLAZAMIENTO POR EDICTO E INTERPELACIÓN. Estados Unidos de América, El Presidente de los Estados Unidos, El Estado Libre Asociado de Puerto Rico

**A: SHAQUILLE ADRIÁN CRUZ ROSARIO, KIMBERLY ANN CRUZ RIVERA, FULANO DE TAL**

y

**MENGANO DE TAL**

como herederos desconocidos con interés en la Sucesión de ANTONIO CRUZ AYALA. POR LA PRESENTE, se le emplaza por edicto para que presente al tribunal su alegación responsiva dentro de los TREINTA (30) días de haber sido publicado este emplazamiento, excluyéndose el día de la publicación. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr, salvo que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la secretaría del tribunal. Si usted deja de presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente. Debe notificar copia de la alegación responsiva a la abogada de la parte demandante: LCDA. MARYSOL LÓPEZ GONZÁLEZ; RUA 12633, Suite 1022, Banco Popular Center, 209 Muñoz Rivera Ave., San Juan, PR 00918-1009. Tel. 787-765-2988; Fax 787-765-2973. mlopez@sarlaw.com. POR LA PRESENTE además, conforme a lo dispuesto en el Artículo 1578 del Código Civil de Puerto Rico, se le ORDENA a que dentro del término legal de treinta (30) días contados a partir de haber sido publicado este emplazamiento, acepte o repudie la participación que les corresponda en la herencia del causante antes mencionada. Se le APERCIBE que de no expresarse dentro de este término de treinta (30) días en torno a su aceptación o repudiación de herencia, la herencia se tendrá por aceptada. También se le APERCIBE que luego del transcurso del término de treinta (30) días antes señalado contados a partir de la fecha de la notificación de la presente Orden, se presumirá que han aceptado la herencia del causante, y por consiguiente la propiedad objeto de este caso responde por las cargas de dicha herencia conforme a lo dispuesto en el Artículo 1578 del Código Civil de Puerto Rico, y su jurisprudencia interpretativa en Banco Comercial de P.R. v. García, 51 D.P.R. 735 (1937) y B.B.V.A. v. Latinoamericana, 164 D.P.R. 689 (2005). Expedido bajo mi firma y sello del Tribunal de Primera Instancia, Sala Superior de Bayamón, hoy día 7 de junio de 2021. Lcda. Laura I. Santa Sánchez, Secretaria Regional. Mayra I. Marrero Marrero, Secretaria Servicios a Sala

**17507849**

Estado Libre Asociado de Puerto Rico Tribunal General de Justicia Tribunal de Primera Instancia Sala Superior de Carolina. Amarilis Maxine Rodríguez Esquilín Demandante v. Alejandro de León Cruz Demandado(a). Civil Num: CA2020RF00583. Sobre: Custodia - Patria Potestad Privación, Suspensión o Restricción. NOTIFICACIÓN DE SENTENCIA POR EDICTO A: Sr. Alejandro de León Cruz. (Notificación de Sentencia por Edicto Nunc Pro Tunc). El Secretario(a) que suscribe le notifica a usted que el 6 de abril de 2021, este Tribunal ha dictado Sentencia, Sentencia Parcial o Resolución en este caso, que ha sido debidamente registrada y archivada en autos donde podrá usted enterarse detalladamente de los términos de la misma. Esta notificación se publicará una sola vez en un periódico de circulación general en la Isla de Puerto Rico, dentro de los 10 días siguientes a su notificación. Y, siendo o representando usted una parte en el procedimiento sujeta a los términos de la Sentencia, Sentencia Parcial o Resolución, de la cual puede establecerse recurso de revisión o apelación, dentro del término de 30 días contados a partir de la publicación por edicto de esta notificación, dirijo a usted esta notificación, que se considerará hecha en la fecha de la publicación de este Edicto. Copia de esta notificación ha sido archivada en los autos de este caso, con fecha de 27 de mayo de 2021. En Carolina, Puerto Rico, el 27 de mayo de 2021. Marilyn Aponte Rodríguez - Sec. Regional. María de L. Oquendo Rivera, Nombre y Firma Secretario Auxiliar

**08307932**

Estado Libre Asociado De Puerto Rico. Tribunal De Primera Instancia. Centro Judicial De Bayamón. Sala Superior.

**YALITHZA V. LLOVET ALAYON**

Demandante,

Vs

**FX LATINO INC; RAMON GOMEZ SALVADOR; A SEGURADORAS X, Y, Z; CODEMANDADOS A, B Y C; JRH SERVICES INC.**

Demandados

Civil Num. BY2021CV01148. Sala: 501. Sobre: Cobro De Dinero Ordinario. Emplazamiento Por Edicto Estados Unidos De América. El Presidente De Los Estados Unidos. El Estado Libre Aso Ciado De Puerto Rico.

**A: RAMON GOMEZ SALVADOR**

Calle Argos C-8
Urbanización Villa de Buena Vista
Bayamón, Puerto Rico 00956
o sea, la parte demandada
arriba mencionada.

Por la presente se le emplaza y requiere para que notifique a: Colon Quinones Legal Services Lcdo. Carlos A. Colon Quinones Calle 60 BA-19 Hill Mansions San Juan, PR 00926 Tel. (787) 810-9091 Email: colonqui@gmail.com Abogado de la parte demandante, cuya dirección es la antes indicada, con copia de su Contestación a la Demanda, copia de la cual le es servida en este acto, dentro de los treinta (30) días de haber sido diligenciado este Emplazamiento--excluyéndose el día del diligenciamiento apercibiéndosele que en caso de no hacerlo así, podrá dictarse Sentencia en Rebeldía en contra suya concediendo el remedio solicitado en la Demanda . Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https: /unired.ramajudicial.pr, salvo que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la Secretaría del Tribunal. Expedido bajo mi firma y el sello del Tribunal hoy, 2 de junio de 2021. Lcda. Laura I. Santa Sánchez, Secretaria Regional. Danetsa Aponte Reyes, Secretaria Auxiliar.

**08307933**

Estado Libre Asociado De Puerto Rico. Tribunal De Primera Instancia. Sala De Lares.

**EL RETORNO & EL TEMPLO CORP.**

Demandante

V.

**JUAN DEL PUEBLO Y JUANA DEL PUEBLO**

y cualesquier persona desconocida con posible interés en la obligación cuya cancelación por decreto judicial se solicita

Demandados

Civil Núm. LR2021CV00077. Sobre: Cancelación De Pagare Extraviado. Emplazamiento Por Edicto. Estados Unidos De América, El Presidente De Los Estados Unidos, El Estado Libre Asociado De Puerto Rico. A: Juan Del Pueblo Y Juana Del Pueblo Como Posibles Tenedores Y Cualesquier Persona Desconocida Con Posible Interés En La Obligación Cuya Cancelación Por Decreto Judicial Se Solicita. Por la presente se le notifica que ha sido presentada en este Tribunal una Demanda en su contra en el pleito de epígrafe. En este caso la parte demandante ha radicado una Demanda para que se decrete judicialmente el saldo de un (1) pagaré hipotecario a favor del Tenedor del Pagaré, por la suma de $100,000.00. Dicho pagaré fue suscrito el día 13 de septiembre de 2010, ante el notario Fabián Arroyo Rodríguez, garantizado por hipoteca constituida mediante la Escritura número 24 otorgada en Lares, Puerto Rico, inscrita al folio 92 del tomo 391 de Lares, finca 18680, inscripción 2da y al folio 41 vuelto del tomo 383 de Lares, finca 6664, inscripción 8va. Se describen las propiedades a continuación: a) RÚSTICA: Solar radicado en el Barrio Pueblo del término municipal de Lares, Puerto Rico, con una cabida de 303.73 metros cuadrados. En linderos: NORTE, con Carmen Vélez Monrroig; por el SUR, con la carretera 111; por el ESTE, con Ismael Ruiz Exclusa; por el OESTE, con Blanca Pagan, con un valor de $25,000.00. Finca #18680, inscrita al folio 92 del tomo 391 de Lares, Registro de la Propiedad de Puerto Rico, Sección de Utuado. b) RÚSTICA: Radicada en el Barrio Pueblo de Lares, con una cabida superficial de 450.00 metros cuadrados. En lindes por el NORTE, en 15.00 metros, con terrenos propiedad de Rafael Crespo y Elvira Colls; por el SUR, en 15.00 metros con la carretera 111; por el ESTE, en 30.00 metros, con la principal de la cual se segrega propiedad de Ismael Ruiz Jimenez; por el OESTE, en 30.00 metros con terrenos propiedad de Manuel Crespo. Finca #6664, inscrita al folio 182 del tomo 153 de Lares, Registro de la Propiedad de Puerto Rico, Sección de Utuado. La parte demandante alega que dicho pagaré ha sido saldado según más detalladamente consta en la Demanda radicada que puede examinarse en la Secretaría de este Tribunal. Por tratarse de una obligación hipotecaria y pudiendo usted tener interés en este caso o quedar afectado por el remedio solicitado, se le emplaza por este edicto que se publicará una vez en un periódico de circulación diaria general de Puerto Rico. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr/sumac/, salvo que se represente por derecho propio, y notifique con copia de ella al abogado de la parte demandante el Lcdo. Ignacio García Franco, PO Box 361844 San Juan, PR 00936-1844 ; Tel. (787) 7478-3379, dentro de los treinta (30) días siguientes a la publicación de este Edicto, apercibiéndole que de no hacerlo así dentro del término indicado, el Tribunal podrá anotar su rebeldía y dictar sentencia concediendo el remedio solicitado en la Demanda sin más citarle ni oírle. Expedido bajo mi firma y sello de este Tribunal, en Lares, Puerto Rico, hoy día 28 de abril de 2021. Diane Álvarez Villanueva, Secretaria Regional I. Yanelly Pérez Soto, Secretaria Auxiliar.

**MT 08307934**

Estado Libre Asociado de Puerto Rico. Tribunal General de Justicia. Tribunal de Primera Instancia. Sala Superior de Bayamón. Banco Popular de Puerto Rico Demandante vs. Domingo Antonio Sánchez Crisostomo T/C/C Domingo Sánchez Crisostomo, Carmen Ana Castro Delgado y la Sociedad Legal de Bienes Gananciales compuesta por ambos Demandado(a) Civil: BY2019CV04266. Sala: 503. Sobre: Cobro de Dinero y Ejecución de Sentencia por la Vía Ordinaria. Notificación de Sentencia por Edicto. A: Domingo Antonio Sánchez Crisostomo T/C/C Domingo Sánchez Crisostomo, Carmen Ana Castro Delgado y la Sociedad Legal de Bienes Gananciales compuesta por ambos a su última dirección conocida: Física: Urb. Lagos del Plata M-5 Calle 12 Toa Baja , Puerto Rico 00949. Postal: 330 Calle Rafael cepeda, San Juan, Puerto Rico 00915 El Secretario(a) que le suscribe notifica a usted que el 16 de marzo de 2020, este Tribunal ha dictado Sentencia, Sentencia Parcial o Resolución en este caso, que ha sido debidamente registrada y archivada en autos donde podrá usted enterarse detalladamente de los términos de la misma. Esta notificación se publicará una sola vez en un periódico de circulación general en la Isla de Puerto Rico, dentro de los 10 días siguientes a su notificación. Y, siendo o representando usted una parte en el procedimiento sujeta a los términos de la Sentencia, Sentencia Parcial o Resolución de la cual puede establecerse recurso de revisión o apelación, dentro del termino de 30 días contados a partir de la publicación por edicto de esta notificación, dirijo a usted esta notificación, que se considerará hecha en la fecha de la publicación de este Edicto. Copia de esta notificación ha sido archivada en los autos de este caso con fecha de 24 de abril de 2020. En Bayamón, Puerto Rico, el 24 de abril de 2020. Lcda. Laura I. Santa Sánchez, Secretaria. Ivette M. Marrero Bracero, Secretaria Auxiliar.

**MT 08307935**

Estado Libre Asociado de Puerto Rico. Tribunal General de Justicia. Tribunal de Primera Instancia. Sala Superior de Fajardo. Banco Popular de Puerto Rico Demandante v. Elidia Nieves Lugardo- Julissa Montijo-Cristina Rabajo Demandado (a) Civil: FA2019CV01468 Sobre: Cobro de Dinero Ordinario, Ejecución de Hipoteca. Notificación de Sentencia por Edicto. A: Elidia Nieves Lugardo- Julissa Montijo- Cristina Rabajo 2080 Triunfo Cir Kissimmee, Florida, Estados Unidos 34744 - 2615 Flamboyan ST, Kissimmee, Florida, Estados Unidos 34744 - Devoted Heart LLC 806 Verona St Suite 5, Kissimmee, Florida, Estados Unidos, 34744 Alturas de San Pedro, V71 Calle San Ignacio, Fajardo, Puerto Rico, 00738. El Secretario(a) que le suscribe notifica a usted que el 3 de junio de 2021, este Tribunal ha dictado Sentencia, Sentencia Parcial o Resolución en este caso, que ha sido debidamente registrada y archivada en autos donde podrá usted enterarse detalladamente de los términos de la misma. Esta notificación se publicara una sola vez en un periódico de circulación general en la Isla de Puerto Rico, dentro de los 10 días siguientes a su notificación. Y, siendo o representando usted una parte en el procedimiento sujeta a los términos de la Sentencia, Sentencia Parcial o Resolución de la cual puede establecerse recurso de revisión o apelación, dentro del termino de 30 días contados a partir de la publicación por edicto de esta notificación, dirijo a usted esta notificación, que se considerará hecha en la fecha de la publicación de este Edicto. Copia de esta notificación ha sido archivada en los autos de este caso con fecha de 3 de junio de 2021. En Fajardo, Puerto Rico, el 3 de junio de 2021. Miriam I. Seguí Reyes, Secretaria Regional. F/ Katherine Robles Torres, Secretaria Auxiliar.

**MT 08307936**

Estado Libre Asociado De Puerto Rico. Tribunal De Primera Instancia. Centro Judicial De Ponce. Sala Superior. Legacy Mortgage Asset Trust 2019-GS5, Demandante v. José Manuel Pacheco Colondres, Ana Rebeca Alvarado Burgos y la sociedad legal de bienes gananciales compuesta por ambos, Demandados. Civil Núm: PO2019CV03170. Sobre: Cobro De Dinero Y Ejecución De Hipoteca Por La Vía Ordinaria. Edicto De Subasta. El Alguacil que suscribe por la presente CERTIFICA, ANUNCIA y hace CONSTAR: Que en cumplimiento de un Mandamiento de Ejecución de Sentencia que le ha sido dirigido al Alguacil que suscribe por la Secretaria del Tribunal de Primera Instancia, Centro Judicial de Ponce, Sala Superior, en el caso de epígrafe procederé a vender en pública subasta al mejor postor quién pagará de contado y en moneda de curso legal de los Estados Unidos de América, giro postal o por cheque de gerente a nombre del Alguacil del Tribunal de Primera Instancia el día 29 de julio de 2021, a las 9:30 de la mañana en su oficina sita en el local que ocupa en el edificio del Tribunal de Primera Instancia, Centro Judicial de Ponce, Sala Superior, Primer Piso, Salón de Subastas, Ponce, PR, todo derecho, título e interés que tenga la parte demandada de epígrafe en el inmueble de su propiedad que ubica en Com. Aguilita, Lote 20 (1027) Calle Millonarios, Juana Díaz, PR 00919 y que se describe a continuación: RÚSTICA: Parcela marcada con el número 1027 en el plano de parcelación de la comunidad Rural Aguilita del Barrio Sabana Llana del término municipal de Juana Díaz, Puerto Rico, con una cabida superficial de 473.92 metros cuadrados. En lindes por el Norte, con parcela número 1026 de la comunidad; por el Sur, con calle de la comunidad; por el Este, con calle de la comunidad; por el Oeste, con parcela número 1028 de la comunidad. La propiedad antes relacionada consta inscrita en el folio 176 del tomo 325 de Juana Díaz, finca número 12771, en el Registro de la Propiedad de Ponce, Sección Primera. El tipo mínimo para la primera subasta del inmueble antes relacionado, será el dispuesto en la Escritura de Hipoteca, es decir la suma de $45,320.00. Si no hubiere remate ni adjudicación en la primera subasta del inmueble mencionado, se celebrará una segunda subasta en las oficinas del Alguacil que suscribe el día 5 de agosto de 2021, a las 9:30 de la mañana. En la segunda subasta que se celebre servirá de tipo mínimo las dos terceras partes (2/3) del precio pactado en la primera subasta, o sea la suma de $30,213.33. Si tampoco hubiere remate ni adjudicación en la segunda subasta se celebrará una tercera subasta en las oficinas del Alguacil que suscribe el día 12 de agosto de 2021, a las 9:30 de la mañana. Para la tercera subasta servirá de tipo mínimo la mitad (1/2) del precio pactado para el caso de ejecución, o sea, la suma de $22,660.00. La hipoteca a ejecutarse en el caso de epígrafe fue constituida mediante la escritura número 1,206, otorgada el día 29 de octubre de 2003, ante el Notario José Rubén Vélez Marrero y consta inscrita en el folio 89 del tomo 490 de Juana Díaz, finca número 12771, en el Registro de la Propiedad de Ponce, Sección Primera, inscripción quinta. El pagaré y la escritura de hipoteca fueron modificados por las partes el 14 de octubre de 2013 mediante el documento titulado Home Affordable Modification Agreement. En virtud del mismo, se estableció como nuevo principal adeudado la cantidad de $44,151.60, se extendió la fecha de vencimiento al 1 de octubre de 2053 y se redujo la tasa de interés anual a 4.500%. Dicha subasta se llevará a cabo para con su producto satisfacer al Demandante total o parcialmente según sea el caso la obligación hipotecaria que ha obtenido ascendente a la suma de $41,851.51 por concepto de principal, más intereses al

pressreader PRINTED AND DISTRIBUTED BY PRESSREADER PressReader.com +1 604 278 4604 COPYRIGHT AND PROTECTED BY APPLICABLE LAW