UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| BAUTISTA REO PR CORP.<br>Plaintiff<br><br>vs.<br><br>RUGAM CORPORATION, MORA DEVELOPMENT CORPORATION, ALEJANDRO RUBÍ CINTRÓN, HIS WIFE MARIEL MARXUACH TORRÓS, AND THE LEGAL CONJUGAL PARTNERSHIP RUBÍ-MARXUACH, CLEOFE RUBÍ GONZÁLEZ, HIS WIFE MORAIMA CINTRÓN ÁVILES, AND THE LEGAL CONJUGAL PARTNERSHIP RUBÍ-CINTRÓN<br>Defendants | CIVIL NUM.: 16-02938<br><br>RE: COLLECTION OF MONEIS; FORECLOSURE OF MORTGAGES AND OTHER COLLATERAL |

Exhibit C

**SWORN STATEMENT UNDER PENALTY OF PERJURY**

I, **Suheily Morell Perez**, of legal age, single and resident of Trujillo Alto, Puerto Rico hereby declare under penalty of perjury:

That on **June 11, 2021** I posted a notice of the judicial sale of the above referenced case in the following places:

a) The US District Court for the District of **San Juan** Puerto Rico.

b) The Collector's Office of **San Juan** Puerto Rico

c) The Mayor's Office of **San Juan** Puerto Rico

That on **June 14, 2021** I posted a notice of the judicial sale of the above referenced case in the following places:

a) The First Instance Court of **Guaynabo** Puerto Rico

b) The Collector's Office of **Guaynabo** Puerto Rico

c) The Mayor's Office of **Guaynabo** Puerto Rico

d) The Collector's Office of **Juncos** Puerto Rico

e) The Mayor's Office of **Juncos** Puerto Rico

I declare under penalty of perjury as permitted under section 1746 of title 28, United States Code that the foregoing is true and correct.

Executed in San Juan, Puerto Rico this July 1, 2021.

_____
Suheily Morell Pérez