**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| BAUTISTA REO PR CORP., <br><br> Plaintiff, <br><br> v. <br><br> RUGAM CORPORATION, MORA DEVELOPMENT CORPORATION, ALEJANDRO RUBÍ CINTRÓN, HIS WIFE MARIEL MARXUACH TORRÓS, AND THE LEGAL CONJUGAL PARTNERSHIP RUBÍ-MARXUACH, CLEOFE RUBÍ GONZÁLEZ, HIS WIFE MORAIMA CINTRÓN ÁVILES, AND THE LEGAL CONJUGAL PARTNERSHIP RUBÍ-CINTRÓN. <br><br> Defendants. | Civil No. 16-02938 <br><br> Re: <br><br> COLLECTION OF MONIES; FORECLOSURE OF MORTGAGES AND OTHER COLLATERAL |

## DECLARATION UNDER PENALTY OF PERJURY

I, Claritza De León Marrero, of legal age, single, paralegal, and resident of Toa Baja, Puerto Rico, under penalty of perjury declare as follows:

1. On June 2, 2021, I received the Notice of Public Sale of the real property object of this case, signed by Special Master Joel Ronda Feliciano. A copy of the Notice of Public Sale is attached hereto as **Exhibit A**.

2. On June 14, 2021, I sent copy of the Notice of Public Sale by certified mail with return receipt to defendants Rugam Corporation, Mora Development Corporation, Alejandro Rubí Cintrón, his wife Mariel Marxuach Torrós, and the legal conjugal partnership Rubí-Marxuach, Cleofe Rubí González, his wife Moraima Cintrón Áviles, and the legal conjugal partnership Rubí-Cintrón, to their las known addresses. A list of the addresses for defendants, counsel of record, and interested parties with their respective certified mail numbers, and copy of the returned

receipts, undelivered envelopes, or delivery status reports from the US Postal Service are attached hereto as **Exhibit B**.

## VERIFICATION PURSUANT TO 28 U.S.C. §1746

I, Claritza De León Marrero, under penalty of perjury, declare and state that the above stated facts are true and correct, to the best of my knowledge, information, and belief.

In San Juan, Puerto Rico, this 1 day of July 2021.

By: _____
Claritza De León Marrero

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| BAUTISTA REO PR CORP., <br><br> Plaintiff, <br><br> v. <br><br> RUGAM CORPORATION, MORA DEVELOPMENT CORPORATION, ALEJANDRO RUBÍ CINTRÓN, HIS WIFE MARIEL MARXUACH TORRÓS, AND THE LEGAL CONJUGAL PARTNERSHIP RUBÍ-MARXUACH, CLEOFE RUBÍ GONZÁLEZ, HIS WIFE MORAIMA CINTRÓN ÁVILES, AND THE LEGAL CONJUGAL PARTNERSHIP RUBÍ-CINTRÓN. <br><br> Defendants. | Civil No. 16-02938 <br><br><br> Re: <br><br> COLLECTION OF MONIES; FORECLOSURE OF MORTGAGES AND OTHER COLLATERAL |

**NOTICE OF PUBLIC SALE**

**TO: RUGAM CORPORATION, MORA DEVELOPMENT CORPORATION, ALEJANDRO RUBÍ CINTRÓN, HIS WIFE MARIEL MARXUACH TORRÓS, AND THE LEGAL CONJUGAL PARTNERSHIP RUBÍ-MARXUACH, CLEOFE RUBÍ GONZÁLEZ, HIS WIFE MORAIMA CINTRÓN ÁVILES, AND THE LEGAL CONJUGAL PARTNERSHIP RUBÍ-CINTRÓN.**

**TO: The GENERAL PUBLIC:**

**WHEREAS**, A *Judgment* in favor of plaintiff, BAUTISTA CAYMAN ASSET COMPANY, now substituted by Bautista REO PR Corp. ("Bautista") was entered on May 31, 2018, pursuant to certain *Stipulation for the Entry of Judgment* filed by the parties on May 22, 2018.

**WHEREAS**, pursuant to the *Stipulation for the Entry of Judgment*, Defendants agreed that they owed Bautista, jointly and severally, the total amount of $3,270,695.76, which is composed of $2,299,599.15 in principal, and $945,671.82 in accrued interests, plus the amount of $399.24

per diem for interest, but not including, among others, legal expenses.

**WHEREAS**, on January 31, 2021, Bautista filed a *Motion for Execution of Judgment*, whereby it requested the execution of the collateral related to the Loan Agreement, as defined in the Complaint, as satisfaction, to the extent possible, of the outstanding balances agreed to in the *Stipulation for the Entry of Judgment*.

**WHEREAS,** on April 21, 2021, this Court entered an *Order of Public Sale in Execution of Judgment* (Docket No. 94) and on April 22, 2021, the Court entered the corresponding *Writ of Execution* (Docket No. 95), granting Bautista's *Motion for Execution of Judgment* and allowing the public sale of the Real Property (as defined below).

**WHEREAS**, pursuant to the aforementioned Judgment, the *Order of Public Sale in Execution of Judgment* entered on April 21, 2021, and the *Writ of Execution* issued on April 22, 2021, the undersigned was ordered to sell at public auction, for U.S. currency in cash or certified check without appraisement or right of redemption to the highest bidder and at the Clerk's Office of the United States District Court for the District of Puerto Rico or any other appropriate location at the Special Master's discretion, to cover, to the extent possible, the sums adjudged to be paid to Bautista, the following real property (the "Real Property") belonging to and recorded in the name of Rugam Corporation.

The Real Property is described in the Registry of the Property of Puerto Rico, as follows:

<u>Real Property 15,072</u>:

-----**RUSTIC**: Parcel of land located in the Ceiba North Ward of the municipality of Juncos, Puerto Rico, with a Surface area of 406,521.6479 square meters, equivalent to 103.4302 cuerdas. Bordering on the **NORTH**, with lands of Altos de la Ceiba, Corp., and the Estate of Urrutia; on the **SOUTH**, with lands of Javier Rivera; on the **EAST**, with lands of Javier Rivera; and on the **WEST**, with lands of Altos de la Ceiba, Corp. This is the Remnant, according to deed number 9, executed in San Juan, Puerto Rico, on June 26, 2008, before Notary Yesef Yahir Cordero, and recorded at page 121 of tome 402 of Juncos, property number 15,072,

2

4th recordation.-------------------------------------------------------------------------------------

-----The property number 15,072 is recorded at page 121 of volume 402 of Juncos, Second Section of Caguas, Registry of the Property of Puerto Rico.------------------

The Real Property is located at PR 935 KM 2.4 Ceiba Norte Ward, Juncos PR.

The undersigned will execute the following mortgage, which has been duly endorsed in favor of Bautista REO:

i. Mortgage in favor of Doral Financial Corp., or to its order, in the principal amount of $3,075,000.00, and annual interests of 1% over the "Primer Rate", due on demand, constituted pursuant to Deed Number 133 executed in San Juan, Puerto Rico on June 27, 2003 before Notary Public Manuel L. Correa Marquez, over a property number 15,072 recorded in the Registry of the Property of Puerto Rico, Second Section of Caguas, at page 121 of volume 402 of Juncos ("the Mortgage I").

The Real Property is subject to the following liens recorded prior to the Mortgage I:

i. Ease of way as servant lot.
ii. Restrictive Conditions of construction and use.
iii. Perpetual ease of way as servant lot, with a value of $1,000.00, pursuant to Deed Number 6, executed in San Juan, Puerto Rico, on August 11, 2003, before Notary Public Roberto Corretjer Piquer, registered at volume 402 of Juncos, 1st registration.

The Real Property is subject to the following junior liens recorded after Mortgage I:

i. Mortgage securing a mortgage note payable to the bearer, or to its order, in the principal sum of $2,000,000.00, with an annual interest of 1% over the "Prime Rate", due on demand, executed pursuant to Mortgage Deed No. 127, in San Juan, Puerto Rico, on December 8, 2004, before notary public Teresa Trujillo Ortiz, and recorded at page 121 of volume 402 of Juncos.

ii. Notice of Complaint filed by Bautista Cayman Asset Company related to the instant case.

**WHEREAS,** all the bidders attending the public sale will accept as correct and sufficient the rights and titles previously described and listed as liens and attachments to the Real Property.

**WHEREAS,** pursuant to the *Judgment*, the *Order of Public Sale in Execution of Judgment*, and the *Writ of Execution*, the mortgage that will be executed is Mortgage I, as described herein.

Therefore, the correct minimum bid amounts to be accepted by the undersigned for the public sale of the Real Property, in accordance with the mortgage deed which Bautista will foreclose in this action ("Foreclosure Valuation"), are as follows:

**<u>Real Property 15,072</u>**

    1.  First public sale: $3,075,000.00  .

The minimum bids to be accepted at the second and third auctions, in the event that the first and/or second public auctions are deserted, will be 2/3 and ½, respectively, of the Foreclosure Valuation.

**WHEREAS**, for the purposes of the judicial sale, the undersigned Special Master shall not accept in payment for the Real Property sold anything but United States currency or certified checks, except in the case of Bautista, as judgment creditor, in which case the amount of the bid made by it shall be credited to and deducted from the amount owed under the *Judgment*; Bautista being bound to pay in cash or certified check only any excess of its bid over the amount owed under the *Judgment*, then remaining unsatisfied.

**WHEREAS**, said sale to be made by the undersigned is subject to confirmation by the United States District Court for the District of Puerto Rico, and the deed(s) of conveyance to the Real Property will be executed and delivered only after such confirmation.

**NOW THEREFORE**, public notice is hereby given that the undersigned Special Master, pursuant to the above, will proceed with the public sales of the Real Property (as described above), which shall be held on **July 2, 2021, at 10:00am** at Rondapro, E Street, Lot 3, Section 4, Los Frailes Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971). In the event that the public sales are deserted, a second auction will be held on **July 9, 2021, at 10:00am** at Rondapro, E Street, Lot 3, Section 4, Los Frailes Industrial Park, Guaynabo, Puerto Rico 00969

(18,3699028-66.1126971). In the event that the second auction is deserted, a third auction will be held on **July 16, 2021, at 10:00am** at Rondapro, E Street, Lot 3, Section 4, Los Frailes Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

**WHEREAS**, this notice will be published once a week for at least four weeks prior to the date of the sales, in a newspaper printed regularly and having a general circulation on the island of Puerto Rico, and will also be posted in three (3) public places of the Municipality of Caguas.

**WHEREAS**, written notice of the sales will be delivered by the undersigned Special Master to any occupants of the Real Property and the undersigned will conduct any necessary inspections thereof without breach of peace, also having authority to enter the common areas of the Real Property for those purposes.

**WHEREAS**, the undersigned Special Master will also provide RUGAM CORPORATION, MORA DEVELOPMENT CORPORATION, ALEJANDRO RUBÍ CINTRÓN, HIS WIFE MARIEL MARXUACH TORRÓS, AND THE LEGAL CONJUGAL PARTNERSHIP RUBÍ-MARXUACH, CLEOFE RUBÍ GONZÁLEZ, HIS WIFE MORAIMA CINTRÓN ÁVILES, AND THE LEGAL CONJUGAL PARTNERSHIP RUBÍ-CINTRÓN, with a copy of this notice by forwarding it through certified mail to their address of record.

**WHEREAS**, in order to vest the purchaser with the possession of the Real Property, the undersigned Special Master is authorized to, when required, proceed to evict the Defendants or any other person from the Real Property, and is further authorized to take all necessary measures, including but not limited to, forcing doors, breaking locks, removing personal or movable property, and performing any other act or taking any other measure necessary to fully comply with this order of eviction, without further requirements or additional order of the Court.

For further particulars, the interested parties may examine the case records and proceedings at the Office of the Clerk of the United States District Court for the District of Puerto Rico, Clemente Ruiz Nazario Courthouse Building, Fernando Chardón Street, San Juan, Puerto Rico.

In San Juan, Puerto Rico, this _2_ day of June 2021.

Joel Ronda Feliciano
Special Master

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| BAUTISTA REO PR CORP.,<br><br>Plaintiff,<br><br>v.<br><br>RUGAM CORPORATION, MORA DEVELOPMENT CORPORATION, ALEJANDRO RUBÍ CINTRÓN, HIS WIFE MARIEL MARXUACH TORRÓS, AND THE LEGAL CONJUGAL PARTNERSHIP RUBÍ-MARXUACH, CLEOFE RUBÍ GONZÁLEZ, HIS WIFE MORAIMA CINTRÓN ÁVILES, AND THE LEGAL CONJUGAL PARTNERSHIP RUBÍ-CINTRÓN.<br><br>Defendants. | Civil No. 16-02938<br><br>Re:<br><br>COLLECTION OF MONIES; FORECLOSURE OF MORTGAGES AND OTHER COLLATERAL |

**EXHIBIT B
DECLARATION OF CLARITZA DE LEÓN MARRERO**

Rugam Corporation
105 Paseo Covadonga,
Office 204,
San Juan, Puerto Rico 00901
Certified mail number: 7019 1120 0001 3057 6298

Rugam Corporation
680 Ave Cesar Gonzalez
San Juan, Puerto Rico 00918
Certified mail number: 7019 1120 0001 3057 6304

Rugam Corporation
PO Box 190249
San Juan, Puerto Rico 00919-0249
Certified mail number: 7019 1120 0001 3057 6311

Mora Development Corporation
680 Ave. César González,
Hato Rey, Puerto Rico 00918
Certified mail number: 7019 1120 0001 3057 6328

Mora Development Corporation
680 Ave. César González,
Hato Rey, Puerto Rico 00936
Certified mail number: <u>7019 1120 0001 3057 6335</u>

Mora Development Corporation
1212 Banco Popular Center
Hato Rey
San Juan, Puerto Rico 00918
Certified mail number: <u>7019 1120 0001 3057 6342</u>

Mora Development Corporation
D-10 Mejico St.
Hato Rey
San Juan, PR 00918
Certified mail number: <u>7019 1120 0001 3057 6359</u>

Alejandro Rubí Cintrón
Individually and on behalf of the Conjugal Partnership
  composed with Mariel Marxuach Torrós
333 Via Louvre Villas Reales,
Guaynabo, Puerto Rico 00965
Certified mail number: <u>7019 1120 0001 3057 6366</u>

Mariel Marxuach Torrós
Individually and on behalf of the Conjugal Partnership
  composed with Alejandro Rubí Cintrón
333 Via Louvre Villas Reales,
Guaynabo, Puerto Rico 00965
Certified mail number: <u>7019 1120 0001 3057 6373</u>

Mr. Cleofe Rubí González
Individually and on behalf of the Conjugal Partnership
  composed with Moraima Cintrón Avilés
PO Box 19-0249
San Juan, Puerto Rico 00919-0249
Certified mail number: <u>7019 1120 0001 3057 6380</u>

Mrs. Moraima Cintrón Avilés
Individually and on behalf of the Conjugal Partnership
  composed with Cleofe Rubí González
PO Box 19-0249
San Juan, Puerto Rico 00919-0249
Certified mail number: <u>7019 1120 0001 3057 6397</u>

Mr. Cleofe Rubí González
Individually and on behalf of the Conjugal Partnership
  composed with Moraima Cintrón Avilés
680 César González Avenue
San Juan, Puerto Rico  00936
Certified mail number:  7019 1120 0001 3057 6403

Mrs. Moraima Cintrón Avilés
Individually and on behalf of the Conjugal Partnership
  composed with Cleofe Rubí González
680 César González Avenue
San Juan, Puerto Rico  00936
Certified mail number:  7019 1120 0001 3057 6410

Mr. Cleofe Rubí González
Individually and on behalf of the Conjugal Partnership
  composed with Moraima Cintrón Avilés
680 César González Avenue
San Juan, Puerto Rico  00918
Certified mail number:  7019 1120 0001 3057 6427

Mrs. Moraima Cintrón Avilés
Individually and on behalf of the Conjugal Partnership
  composed with Cleofe Rubí González
680 César González Avenue
San Juan, Puerto Rico  00918
Certified mail number:  7019 1120 0001 3057 6434

Mr. Cleofe Rubí González
Individually and on behalf of the Conjugal Partnership
  composed with Moraima Cintrón Avilés
1 Orquídea Street
Torrimar Development
Guaynabo, Puerto Rico  00966
Certified mail number:  7019 1120 0001 3057 6441

Mr. Cleofe Rubí González
Individually and on behalf of the Conjugal Partnership
  composed with Moraima Cintrón Avilés
D-10 Mejico St.
Hato Rey
San Juan, Puerto Rico 00918
Certified mail number:  7019 1120 0001 3057 6458

Mrs. Moraima Cintrón Avilés
Individually and on behalf of the Conjugal Partnership
  composed with Cleofe Rubí González
1 Orquídea Street
Torrimar Development
Guaynabo, Puerto Rico  00966
Certified mail number:  <u>7019 1120 0001 3057 6465</u>

Juan M. Casellas-Rodriguez
PO Box 195287
San Juan, PR 00919-5287
Certified mail number:  <u>7019 1120 0001 3057 6472</u>

Emil Rodríguez Escudero, Esq.
M.L. & R.E. Law Firm
513 Juan J. Jiménez St.
San Juan, Puerto Rico  00918
Certified mail number:  <u>7019 1120 0001 3057 6489</u>

Emil Rodríguez Escudero, Esq.
Cond. Cobian's Plaza
1607 Ponce de León Ave.
Suite 404
San Juan, Puerto Rico 00909
Certified mail number:  <u>7019 1120 0001 3057 6496</u>

María D. Urrutia Betancourt
Paseo Del Prado C-7
Camino Real
San Juan, Puerto Rico  00926
Certified mail number:  <u>7019 1120 0001 3057 6502</u>

Carlos R. Urrutia Betancourt
113 Calle Jengibre
Urb. Ciudad Centro
Gurabo, Puerto Rico  00778-9661
Certified mail number:  <u>7019 1120 0001 3057 6519</u>

Esther Urrutia Betancourt
Paseo Del Prado C-7
Camino Real
San Juan, Puerto Rico  00926
Certified mail number:  <u>7019 1120 0001 3057 6526</u>

Teresa S. Urrutia Betancourt
Paseo Del Prado C-7
Camino Real
San Juan, Puerto Rico  00926
Certified mail number:  <u>7019 1120 0001 3057 6533</u>

Mr. Cleofe Rubí González
Individually and on behalf of the Conjugal Partnership
  composed with Moraima Cintrón Avilés
PO Box 190249
San Juan, Puerto Rico  00919-0249
Certified mail number:  <u>7019 1120 0001 3057 6540</u>

Mrs. Moraima Cintrón Avilés
Individually and on behalf of the Conjugal Partnership
  composed with Cleofe Rubí González
PO Box 190249
San Juan, Puerto Rico  00919-0249
Certified mail number:  <u>7019 1120 0001 3057 6557</u>

OMAYRA SEPÚLVEDA VEGA
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
OMAYRA.SEPULVEDA@ONEILLBORGES.COM

June 14, 2021

CERTIFIED MAIL WITH RETURN RECEIPT
7019 1120 0001 3057 6298

Rugam Corporation
105 Paseo Covadonga,
Office 204,
San Juan, Puerto Rico 00901

RE: *Bautista Cayman Asset Company. v. Rugam Corporation, et al*, Civil No. 16-02938, in the United States District Court for the District of Puerto Rico

Dear Sirs:

In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A. App. V, you are hereby notified that a court-appointed special master will sell at public auction the properties described in the attached Notice of Public Sale. The first auction will take place on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

If the first auction is deserted, a second auction will be held on July 9, 2021, starting at 10:00 a.m., at the same place. If the second auction is deserted, a third auction will take place on July 16, 2021, starting at 10:00 a.m., at the same place.

Cordially,

O'NEILL & BORGES LLC

Omayra Sepúlveda Vega

Attachment



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RUGAM CORPORATION
105 PASEO COVADONGA,
OFFICE 204,
SAN JUAN, PUERTO RICO 00901

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 5315 9154 3015 77

2. Article Number (Transfer from service label)

7019 1120 0001 3057 6298

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

RECEIVED
JUN 20 2021
O'NEILL & BORGES

O'NEILL & BORGES LLC

250 Muñoz Rivera Avenue, Ste 800
San Juan, Puerto Rico 00918-1813

RUGAM CORPORATION
105 PASEO COVADONGA,
OFFICE 204,
SAN JUAN, PR 00901

-R-T-6-

009012012-1N          06/24/21

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER





7019 1120 0001 3057 6298

02 1P
00008997 36
MAILED FROM ZIP CODE 00918
UNITED STATES POSTAGE
$ 007.85°
JUN 14 2021

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PUERTO RICO 00918-1813

OMAYRA SEPÚLVEDA VEGA
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
IMAYRA.SEPULVEDA@ONEILLBORGES.COM

June 14, 2021

CERTIFIED MAIL WITH RETURN RECEIPT
7019 1120 0001 3057 6304

Rugam Corporation
680 Ave Cesar Gonzalez
San Juan, Puerto Rico 00918

RE:   *Bautista Cayman Asset Company. v. Rugam Corporation, et al,* Civil No. 16-02938, in the United States District Court for the District of Puerto Rico

Dear Sirs:

In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A. App. V, you are hereby notified that a court-appointed special master will sell at public auction the properties described in the attached Notice of Public Sale. The first auction will take place on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

If the first auction is deserted, a second auction will be held on July 9, 2021, starting at 10:00 a.m., at the same place. If the second auction is deserted, a third auction will take place on July 16, 2021, starting at 10:00 a.m., at the same place.

Cordially,

O'NEILL & BORGES LLC

Omayra Sepúlveda Vega

Attachment



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RUGAM CORPORATION
680 AVE CESAR GONZALEZ
SAN JUAN, PUERTO RICO 00918

9590 9402 5315 9154 3015 60

2. Article Number (Transfer from service label)
7019 1120 0001 3057 6304

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

RUGAM CORPORATION
680 AVE CESAR GONZALEZ
SAN JUAN, PR 00918



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

RUGAM CORPORATION
680 AVE CESAR GONZALEZ
SAN JUAN, PUERTO RICO 00918

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 1120 0001 3057 6304

250 Muñoz Rivera Avenue, Ste 800
San Juan, Puerto Rico 00918-1813

UNITED STATES POSTAGE
PITNEY BOWES
$ 007.85°
02 1P
0000899736
JUN 14 2021
MAILED FROM ZIP CODE 00918

Track Another Package +

**Tracking Number:** 70191120000130576304

Remove ✕

Your item was returned to the sender on June 17, 2021 at 1:35 pm in SAN JUAN, PR 00918 because the addressee was not known at the delivery address noted on the package.

## Addressee Unknown

June 17, 2021 at 1:35 pm
SAN JUAN, PR 00918

Get Updates ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |

| | |
|---|---|
| **Tracking History** | ⌃ |

June 17, 2021, 1:35 pm
Addressee Unknown
SAN JUAN, PR 00918
Your item was returned to the sender on June 17, 2021 at 1:35 pm in SAN JUAN, PR 00918 because the addressee was not known at the delivery address noted on the package.

| | |
|---|---|
| **Product Information** | ⌃ |

**Postal Product:**

**Features:**
Certified Mail™

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

OMAYRA SEPÚLVEDA VEGA
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
OMAYRA.SEPULVEDA@ONEILLBORGES.COM

June 14, 2021

<u>CERTIFIED MAIL WITH RETURN RECEIPT</u>
<u>7019 1120 0001 3057 6311</u>

Rugam Corporation
Po Box 190249
San Juan, Puerto Rico 00919-0249

RE:     *Bautista Cayman Asset Company. v. Rugam Corporation, et al*, Civil No. 16-02938, in the United States District Court for the District of Puerto Rico

Dear Sirs:

In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A. App. V, you are hereby notified that a court-appointed special master will sell at public auction the properties described in the attached Notice of Public Sale. The first auction will take place on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

If the first auction is deserted, a second auction will be held on July 9, 2021, starting at 10:00 a.m., at the same place. If the second auction is deserted, a third auction will take place on July 16, 2021, starting at 10:00 a.m., at the same place.

Cordially,

O'NEILL & BORGES LLC

Omayra Sepulveda Vega

Attachment

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RUGAM CORPORATION
PO BOX 190249
SAN JUAN, PUERTO RICO 00919-0249

9590 9402 5315 9154 3015 53

2. Article Number (Transfer from service label)

7019 1120 0001 3057 6311

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                     ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery     Delivery
☐ Collect on Delivery                 ☐ Return Receipt for
☐ Collect on Delivery Restricted Delivery   Merchandise
☐ Insured Mail                        ☐ Signature Confirmation™
☐ Insured Mail Restricted Delivery    ☐ Signature Confirmation
   (over $500)                            Restricted Delivery

Domestic Return Receipt

RUGAM CORPORATION
PO BOX 190249
SAN JUAN, PR 00919-0249





O'NEILL & BORGES LLC
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PUERTO RICO 00918-1813

OMAYRA SEPÚLVEDA VEGA
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
OMAYRA.SEPULVEDA@ONEILLBORGES.COM

June 14, 2021

<u>CERTIFIED MAIL WITH RETURN RECEIPT</u>
<u>7019 1120 0001 3057 6328</u>

Mora Development Corporation
680 Ave. César González,
Hato Rey, Puerto Rico 00918

RE:   *Bautista Cayman Asset Company. v. Rugam Corporation, et al*, Civil No. 16-02938, in
the United States District Court for the District of Puerto Rico

Dear Sirs:

    In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A.
App. V, you are hereby notified that a court-appointed special master will sell at public auction
the properties described in the attached Notice of Public Sale. The first auction will take place
on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes
Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

    If the first auction is deserted, a second auction will be held on July 9, 2021, starting at
10:00 a.m., at the same place. If the second auction is deserted, a third auction will take place
on July 16, 2021, starting at 10:00 a.m., at the same place.

                                    Cordially,

                                    O'NEILL & BORGES LLC

                                    Omayra Sepúlveda Vega

Attachment



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MORA DEVELOPMENT CORPORATION
680 AVE. CÉSAR GONZÁLEZ,
HATO REY, PUERTO RICO 00918

9590 9402 5315 9154 3015 46

2. Article Number *(Transfer from service label)*

7019 1120 0001 3057 6328

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

MORA DEVELOPMENT CORPORATION
680 AVE. CÉSAR GONZÁLEZ,
HATO REY, PR 00918

250 Muñoz Rivera Avenue, Ste 800
San Juan, Puerto Rico 00918-1813
LLC

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent to
MORA DEVELOPMENT CORPORATION
Street and Apt. No., or PO Box No.
680 AVE. CÉSAR GONZÁLEZ,
City, State, ZIP+4®
HATO REY, PUERTO RICO 00918

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7019 1120 0001 3057 6328
7019 1120 0001 3057 6328



UNITED STATES POSTAGE
PITNEY BOWES

02 1P
$ 007.850
0000899736
MAILED FROM ZIP CODE 00918
JUN 14 2021

Track Another Package  +

**Tracking Number:** 70191120000130576328                              Remove ✕

Your item was returned to the sender on June 17, 2021 at 1:35 pm in SAN JUAN, PR 00918 because the addressee was not known at the delivery address noted on the package.

## Addressee Unknown

June 17, 2021 at 1:35 pm
SAN JUAN, PR 00918

Get Updates  ⌄

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌃ |
|---|---|

June 17, 2021, 1:35 pm
Addressee Unknown
SAN JUAN, PR 00918
Your item was returned to the sender on June 17, 2021 at 1:35 pm in SAN JUAN, PR 00918 because the addressee was not known at the delivery address noted on the package.

| Product Information | ⌃ |
|---|---|

Postal Product:                           Features:
                                          Certified Mail™

See Less  ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

OMAYRA SEPÚLVEDA VEGA
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
OMAYRA.SEPULVEDA@ONEILLBORGES.COM

June 14, 2021

CERTIFIED MAIL WITH RETURN RECEIPT
7019 1120 0001 3057 6335

Mora Development Corporation
680 Ave. César González,
Hato Rey, Puerto Rico 00936

RE:   *Bautista Cayman Asset Company. v. Rugam Corporation, et al*, Civil No. 16-02938, in the United States District Court for the District of Puerto Rico

Dear Sirs:

   In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A. App. V, you are hereby notified that a court-appointed special master will sell at public auction the properties described in the attached Notice of Public Sale.  The first auction will take place on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

   If the first auction is deserted, a second auction will be held on July 9, 2021, starting at 10:00 a.m., at the same place.  If the second auction is deserted, a third auction will take place on July 16, 2021, starting at 10:00 a.m., at the same place.

                    Cordially,

                    O'NEILL & BORGES LLC

                    Omayra Sepúlveda Vega

Attachment



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MORA DEVELOPMENT CORPORATION
680 AVE. CÉSAR GONZÁLEZ,
HATO REY, PUERTO RICO 00936

9590 9402 5315 9154 3015 39

2. Article Number *(Transfer from service label)*

7019 1120 0001 3057 6335

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt



O'NEILL & BORGES LLC

MORA DEVELOPMENT CORPORATION
680 AVE. CÉSAR GONZÁLEZ,
HATO REY, PR 00936

250 Muñoz Rivera Avenue, Ste 800
San Juan, Puerto Rico 00918-1813

RECEIVED
JUN 2 6 2021
O'NEILL & BORGES
AM 12 1 2 3 4 5 6 7 8 9 10 11 12 PM

-R-T-8-

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
RETURN TO SENDER

1:093607796-1N     06/22/21

7019 1120 0001 3057 6335





UNITED STATES POSTAL

$ 007.85°
02 1P
0000899736
JUN 14 2021
MAILED FROM ZIP CODE 00918

PITNEY BOWES

OMAYRA SEPÚLVEDA VEGA
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
OMAYRA.SEPULVEDA@ONEILLBORGES.COM

June 14, 2021

<u>CERTIFIED MAIL WITH RETURN RECEIPT</u>
<u>7019 1120 0001 3057 6342</u>

Mora Development Corporation
1212 Banco Popular Center
Hato Rey
San Juan, Puerto Rico 00918

RE: *Bautista Cayman Asset Company. v. Rugam Corporation, et al*, Civil No. 16-02938, in
the United States District Court for the District of Puerto Rico

Dear Sirs:

In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A.
App. V, you are hereby notified that a court-appointed special master will sell at public auction
the properties described in the attached Notice of Public Sale. The first auction will take place
on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes
Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

If the first auction is deserted, a second auction will be held on July 9, 2021, starting at
10:00 a.m., at the same place. If the second auction is deserted, a third auction will take place
on July 16, 2021, starting at 10:00 a.m., at the same place.

Cordially,

O'NEILL & BORGES LLC

Omayra Sepúlveda Vega

Attachment



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MORA DEVELOPMENT CORPORATION
1212 BANCO POPULAR CENTER
HATO REY
SAN JUAN, PUERTO RICO 00918

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5315 9154 3015 22

2. Article Number (Transfer from service label)

7019 1120 0001 3057 6342

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

MORA DEVELOPMENT CORPORATION
1212 BANCO POPULAR CENTER
HATO REY
SAN JUAN, PR 00918

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage & Fees
$

Sent To
MORA DEVELOPMENT CORPORATION
1212 BANCO POPULAR CENTER
HATO REY
SAN JUAN, PUERTO RICO 00918

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7019 1120 0001 3057 6342

250 Muñoz Rivera Avenue, Ste 800
San Juan, Puerto Rico 00918-1813

... LLC

Postmark
Here

UNITED STATES POSTAGE

$ 007.85⁰
012 1P
0000899736
JUN 14 2021
MAILED FROM ZIP CODE 00918



**Track Another Package** +

**Tracking Number:** 70191120000130576342

Remove ✕

Your item was returned to the sender on June 16, 2021 at 10:58 am in SAN JUAN, PR 00918 because of an incorrect address.

## No Such Number

June 16, 2021 at 10:58 am
SAN JUAN, PR 00918

**Get Updates** ⌄

---

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌃ |
|---|---|

June 16, 2021, 10:58 am
No Such Number
SAN JUAN, PR 00918
Your item was returned to the sender on June 16, 2021 at 10:58 am in SAN JUAN, PR 00918 because of an incorrect address.

Feedback

---

| Product Information | ⌃ |
|---|---|

Postal Product:

Features:
Certified Mail™

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

OMAYRA SEPÚLVEDA VEGA
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
OMAYRA.SEPULVEDA@ONEILLBORGES.COM

June 14, 2021

CERTIFIED MAIL WITH RETURN RECEIPT
7019 1120 0001 3057 6359

Mora Development Corporation
D-10 Mejico St.
Hato Rey
San Juan, PR 00918

RE:   *Bautista Cayman Asset Company. v. Rugam Corporation, et al*, Civil No. 16-02938, in
the United States District Court for the District of Puerto Rico

Dear Sirs:

In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A.
App. V, you are hereby notified that a court-appointed special master will sell at public auction
the properties described in the attached Notice of Public Sale. The first auction will take place
on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes
Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

If the first auction is deserted, a second auction will be held on July 9, 2021, starting at
10:00 a.m., at the same place. If the second auction is deserted, a third auction will take place
on July 16, 2021, starting at 10:00 a.m., at the same place.

Cordially,

O'NEILL & BORGES LLC

Omayra Sepúlveda Vega

Attachment



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MORA DEVELOPMENT CORPORATION
D-10 MEJICO ST.
HATO REY
SAN JUAN, PR 00918

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5315 9154 3015 15

2. Article Number (Transfer from service label)

7019 1120 0001 3057 6359

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



MORA DEVELOPMENT CORPORATION
D-10 MEJICO ST.
HATO REY
SAN JUAN, PR 00918



UNITED STATES POSTAGE
$ 007.850
JUN 14 2021
MAILED FROM ZIP CODE 00918
0000889736

Track Another Package  +

**Tracking Number:** 70191120000130576359

Remove ✕

Your item was returned to the sender on June 18, 2021 at 7:39 pm in SAN JUAN, PR 00917 because the addressee was not known at the delivery address noted on the package.

## Addressee Unknown

June 18, 2021 at 7:39 pm
SAN JUAN, PR 00917

Get Updates ⌄

---

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌃ |
|---|---|

June 18, 2021, 7:39 pm
Addressee Unknown
SAN JUAN, PR 00917
Your item was returned to the sender on June 18, 2021 at 7:39 pm in SAN JUAN, PR 00917 because the addressee was not known at the delivery address noted on the package.

---

| Product Information | ⌃ |
|---|---|

Postal Product:

Features:
Certified Mail™

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs

O'NEILL & BORGES LLC
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PUERTO RICO 00918-1813

OMAYRA SEPÚLVEDA VEGA
787-282-5748

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
OMAYRA.SEPULVEDA@ONEILLBORGES.COM

June 14, 2021

CERTIFIED MAIL WITH RETURN RECEIPT
7019 1120 0001 3057 6366

Alejandro Rubí Cintrón
Individually and on behalf of the Conjugal Partnership
 composed with Mariel Marxuach Torrós
333 Via Louvre Villas Reales,
Guaynabo, Puerto Rico 00965

RE: *Bautista Cayman Asset Company. v. Rugam Corporation, et al*, Civil No. 16-02938, in
    the United States District Court for the District of Puerto Rico

Dear Mr. Rubí Cintrón:

In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A.
App. V, you are hereby notified that a court-appointed special master will sell at public auction
the properties described in the attached Notice of Public Sale. The first auction will take place
on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes
Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

If the first auction is deserted, a second auction will be held on July 9, 2021, starting at
10:00 a.m., at the same place. If the second auction is deserted, a third auction will take place
on July 16, 2021, starting at 10:00 a.m., at the same place.

Cordially,

O'NEILL & BORGES LLC

Omayra Sepúlveda Vega

Attachment



**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALEJANDRO RUBÍ CINTRÓN
Individually and on behalf of the Conjugal Partnership
composed with Mariel Maxuach Torres
333 VIA LOUVRE VILLAS REALES,
GUAYNABO, PUERTO RICO 00965

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5315 9154 3015 08

2. Article Number *(Transfer from service label)*

7019 1120 0001 3057 6366

PS Form 3811, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

O'NEILL & BORGES LLC

250 Muñoz Rivera Avenue, Ste. 800
San Juan, Puerto Rico 00918-1813

ALEJANDRO RUBÍ CINTRÓN
333 VIA LOUVRE VILLAS REALES,
GUAYNABO, PUERTO RICO 00965

-R-T-S-

009652025-1N          06/23/21

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
RETURN TO SENDER

RECEIVED
JUN 25 2021
O'NEILL & BORGES

7019 1120 0001 3057 6366

UNITED STATES POSTAGE
PITNEY BOWES
$ 007.85⁰
02 1P
0000899738  JUN 14 2021
MAILED FROM ZIP CODE 00918

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PUERTO RICO 00918-1813

Omayra Sepúlveda Vega
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
omayra.sepulveda@oneillborges.com

June 14, 2021

CERTIFIED MAIL WITH RETURN RECEIPT
7019 1120 0001 3057 6373

Mariel Marxuach Torrós
Individually and on behalf of the Conjugal Partnership
  composed with Alejandro Rubí Cintrón
333 Via Louvre Villas Reales,
Guaynabo, Puerto Rico 00965

RE:   *Bautista Cayman Asset Company. v. Rugam Corporation, et al*, Civil No. 16-02938, in
      the United States District Court for the District of Puerto Rico

Dear Mrs. Marxuach Torrós:

      In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A.
App. V, you are hereby notified that a court-appointed special master will sell at public auction
the properties described in the attached Notice of Public Sale. The first auction will take place
on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes
Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

      If the first auction is deserted, a second auction will be held on July 9, 2021, starting at
10:00 a.m., at the same place. If the second auction is deserted, a third auction will take place
on July 16, 2021, starting at 10:00 a.m., at the same place.

      Cordially,

      O'NEILL & BORGES LLC

      Omayra Sepúlveda Vega

Attachment



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARIEL MARXUACH TORRÓS
Individually and on behalf of the Conjugal Partnership
composed with Alejandro Rubí Cintrón
333 VIA LOUVRE VILLAS REALES,
GUAYNABO, PUERTO RICO 00965

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5315 9154 3014 92

2. Article Number *(Transfer from service label)*

7019 1120 0001 3057 6373

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

7019 1120 0001 3057 6373

O'NEILL & BORGES LLC

250 Muñoz Rivera Avenue, Ste 800
San Juan, Puerto Rico 00918-1813

MARIEL MARXUACH TORRÓS
333 VIA LOUVRE VILLAS REALES,
GUAYNABO, PUERTO RICO 00965

-R-T-8-  009652025-1N

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
RETURN TO SENDER

05/23/21

RECEIVED
JUN 26 2021
O'NEILL & BORGES

UNITED STATES POSTAGE
$ 007.85°
PITNEY BOWES

02 1P
0000899736
MAILED FROM ZIP CODE 00918
JUN 14 2021

OMAYRA SEPÚLVEDA VEGA
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
OMAYRA.SEPULVEDA@ONEILLBORGES.COM

June 14, 2021

CERTIFIED MAIL WITH RETURN RECEIPT
7019 1120 0001 3057 6380

Mr. Cleofe Rubí González
Individually and on behalf of the Conjugal Partnership
    composed with Moraima Cintrón Avilés
PO Box 19-0249
San Juan, Puerto Rico 00919-0249

RE:  *Bautista Cayman Asset Company. v. Rugam Corporation, et al*, Civil No. 16-02938, in
     the United States District Court for the District of Puerto Rico

Dear Mr. Rubí González:

        In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A.
App. V, you are hereby notified that a court-appointed special master will sell at public auction
the properties described in the attached Notice of Public Sale. The first auction will take place
on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes
Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

        If the first auction is deserted, a second auction will be held on July 9, 2021, starting at
10:00 a.m., at the same place. If the second auction is deserted, a third auction will take place
on July 16, 2021, starting at 10:00 a.m., at the same place.

                                            Cordially,

                                            O'NEILL & BORGES LLC

                                            Omayra Sepúlveda Vega

Attachment

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. CLEOFE RUBÍ GONZÁLEZ
Individually and on behalf of the Conjugal Partnership
composed with Moraima Cintrón Avilés
PO BOX 19-0249
SAN JUAN, PUERTO RICO 00919-0249

9590 9402 5067 9092 6069 21

2. Article Number (Transfer from service label)

7019 1120 0001 3057 6380

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

MR. CLEOFE RUBÍ GONZÁLEZ
PO BOX 19-0249
SAN JUAN, PUERTO RICO 00919-0249

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Sent To
MR. CLEOFE RUBÍ GONZÁLEZ
Individually and on behalf of the Conjugal Partnership
composed with Moraima Cintrón Avilés
Street and Apt. No., or PO Box No.
SAN JUAN, PUERTO RICO 00919-0249
City, State, ZIP+4®

7019 1120 0001 3057 6380

7019 1120 0001 3057 6380

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

250 Muñoz Rivera Avenue, Ste 800
San Juan, Puerto Rico 00918-1813
LLC

UNITED STATES POSTAGE
PITNEY BOWES
$ 007.850
02 1P
0000899736
JUN 14 2021
MAILED FROM ZIP CODE 00918


# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PUERTO RICO 00918-1813

OMAYRA SEPÚLVEDA VEGA
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
OMAYRA.SEPULVEDA@ONEILLBORGES.COM

June 14, 2021

CERTIFIED MAIL WITH RETURN RECEIPT
7019 1120 0001 3057 6397

Mrs. Moraima Cintrón Avilés
Individually and on behalf of the Conjugal Partnership
    composed with Cleofe Rubí González
PO Box 19-0249
San Juan, Puerto Rico  00919-0249

RE:    *Bautista Cayman Asset Company. v. Rugam Corporation, et al,* Civil No. 16-02938, in
the United States District Court for the District of Puerto Rico

Dear Mrs. Cintrón Avilés:

In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A.
App. V, you are hereby notified that a court-appointed special master will sell at public auction
the properties described in the attached Notice of Public Sale.  The first auction will take place
on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes
Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

If the first auction is deserted, a second auction will be held on July 9, 2021, starting at
10:00 a.m., at the same place.  If the second auction is deserted, a third auction will take place
on July 16, 2021, starting at 10:00 a.m., at the same place.

Cordially,

O'NEILL & BORGES LLC

Omayra Sepúlveda Vega

Attachment

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MRS. MORAIMA CINTRÓN AVILÉS
Individually and on behalf of the Conjugal Partnership
composed with Cleofe Rubí González
PO BOX 19-0249
SAN JUAN, PUERTO RICO 00919-0249

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5067 9092 6069 14

2. Article Number (Transfer from service label)

7019 1120 0001 3057 6397

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt





MRS. MORAIMA CINTRÓN AVILÉS
PO BOX 19-0249
SAN JUAN, PUERTO RICO 00919-0249

OMAYRA SEPÚLVEDA VEGA
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
[OMAYRA.SEPULVEDA@ONEILLBORGES.COM](mailto:OMAYRA.SEPULVEDA@ONEILLBORGES.COM)

June 14, 2021

CERTIFIED MAIL WITH RETURN RECEIPT
7019 1120 0001 3057 6403

Mr. Cleofe Rubí González
Individually and on behalf of the Conjugal Partnership
  composed with Moraima Cintrón Avilés
680 César González Avenue
San Juan, Puerto Rico 00936

RE:   *Bautista Cayman Asset Company. v. Rugam Corporation, et al,* Civil No. 16-02938, in
      the United States District Court for the District of Puerto Rico

Dear Mr. Rubí González:

      In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A.
App. V, you are hereby notified that a court-appointed special master will sell at public auction
the properties described in the attached Notice of Public Sale. The first auction will take place
on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes
Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

      If the first auction is deserted, a second auction will be held on July 9, 2021, starting at
10:00 a.m., at the same place. If the second auction is deserted, a third auction will take place
on July 16, 2021, starting at 10:00 a.m., at the same place.

                                        Cordially,

                                        O'NEILL & BORGES LLC

                                        Omayra Sepúlveda Vega

Attachment



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. CLEOFE RUBÍ GONZÁLEZ
Individually and on behalf of the Conjugal Partnership
composed with Moraima Cintrón Avilés
680 CÉSAR GONZÁLEZ AVENUE
SAN JUAN, PUERTO RICO 00936

9590 9402 5067 9092 6069 07

2. Article Number (Transfer from service label)

7019 1120 0001 3057 6403

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt







O'NEILL & BORGES LLC

250 Muñoz Rivera Avenue, Ste 800
San Juan, Puerto Rico 00918-1813

MR. CLEOFE RUBÍ GONZÁLEZ
680 CÉSAR GONZÁLEZ AVENUE
SAN JUAN, PUERTO RICO 00936

-R-T-S-

NSN

00936079G-IN

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
RETURN TO SENDER

06/22/21

RECEIVED
JUN 25 2021
O'NEILL & BORGES

7019 1120 0001 3057 6403

UNITED STATES POSTAGE
$007.85
PITNEY BOWES
02 1P
0000899736
MAILED FROM ZIP CODE 00918
JUN 14 2021

**O'NEILL & BORGES** LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PUERTO RICO 00918-1813

OMAYRA SEPÚLVEDA VEGA
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
OMAYRA.SEPULVEDA@ONEILLBORGES.COM

June 14, 2021

<u>CERTIFIED MAIL WITH RETURN RECEIPT</u>
<u>7019 1120 0001 3057 6410</u>

Mrs. Moraima Cintrón Avilés
Individually and on behalf of the Conjugal Partnership
  composed with Cleofe Rubí González
680 César González Avenue
San Juan, Puerto Rico  00936

RE:    *Bautista Cayman Asset Company. v. Rugam Corporation, et al*, Civil No. 16-02938, in
        the United States District Court for the District of Puerto Rico

Dear Mrs. Cintrón Avilés:

      In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A.
App. V, you are hereby notified that a court-appointed special master will sell at public auction
the properties described in the attached Notice of Public Sale.  The first auction will take place
on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes
Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

      If the first auction is deserted, a second auction will be held on July 9, 2021, starting at
10:00 a.m., at the same place.  If the second auction is deserted, a third auction will take place
on July 16, 2021, starting at 10:00 a.m., at the same place.

      Cordially,

      O'NEILL & BORGES LLC

      Omayra Sepúlveda Vega

Attachment



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To  MRS. MORAIMA CINTRÓN AVILÉS 02938
individually and on behalf of the Conjugal Partnership
composed with Cleofe Rubí González
680 CÉSAR GONZÁLEZ AVENUE

Street and Apt. SAN JUAN, PUERTO RICO  00936

City, State, ZIP+4®

PLAZA LAS AMERICAS
SAN JUAN PR
Postmark
JUN 14 2021

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7019 1120 0001 3057 6410

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MRS. MORAIMA CINTRÓN AVILÉS
Individually and on behalf of the Conjugal Partnership
composed with Cleofe Rubí González
680 CÉSAR GONZÁLEZ AVENUE
SAN JUAN, PUERTO RICO 00936

9590 9402 5067 9092 6068 91

2. Article Number (Transfer from service label)

7019 1120 0001 3057 6410

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

7019 1120 0001 3057 6410

O'NEILL & BORGES LLC

250 Muñoz Rivera Avenue, Ste 800
San Juan, Puerto Rico 00918-1813

MRS. MORAIMA CINTRÓN AVILÉS
680 CÉSAR GONZÁLEZ AVENUE
SAN JUAN, PR 00936

RECEIVED
JUN 26 2021
O'NEILL & BORGES

-R-T-S-

00930796-1N          06/22/21

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
RETURN TO SENDER





UNITED STATES POSTAGE
$007.850
PITNEY BOWES
02 1P
0001893736
JUN 14 2021
MAILED FROM ZIP CODE 00918

OMAYRA SEPÚLVEDA VEGA
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
OMAYRA.SEPULVEDA@ONEILLBORGES.COM

June 14, 2021

<u>CERTIFIED MAIL WITH RETURN RECEIPT</u>
<u>7019 1120 0001 3057 6427</u>

Mr. Cleofe Rubí González
Individually and on behalf of the Conjugal Partnership
  composed with Moraima Cintrón Avilés
680 César González Avenue
San Juan, Puerto Rico  00918

RE:   *Bautista Cayman Asset Company. v. Rugam Corporation, et al*, Civil No. 16-02938, in
      the United States District Court for the District of Puerto Rico

Dear Mr. Rubí González:

     In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A.
App. V, you are hereby notified that a court-appointed special master will sell at public auction
the properties described in the attached Notice of Public Sale.  The first auction will take place
on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes
Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

     If the first auction is deserted, a second auction will be held on July 9, 2021, starting at
10:00 a.m., at the same place.  If the second auction is deserted, a third auction will take place
on July 16, 2021, starting at 10:00 a.m., at the same place.

     Cordially,

     O'NEILL & BORGES LLC

     Omayra Sepúlveda Vega

Attachment



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. CLEOFE RUBÍ GONZÁLEZ
Individually and on behalf of the Conjugal Partnership
composed with Moraima Cintrón Avilés
680 CÉSAR GONZÁLEZ AVENUE
SAN JUAN, PUERTO RICO 00918

9590 9402 5067 9092 6068 84

2. Article Number (Transfer from service label)

7019 1120 0001 3057 6427

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

7019 1120 0001 3057 6427

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage $

Total Postage & Fees $

Sent To MR. CLEOFE RUBÍ GONZÁLEZ
Individually and on behalf of the Conjugal Partnership
composed with Moraima Cintrón Avilés
Street and Apt. No., or PO Box No. 680 CÉSAR GONZÁLEZ AVENUE
City, State, ZIP+4® SAN JUAN, PUERTO RICO 00918

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

MR. CLEOFE RUBÍ GONZÁLEZ
680 CÉSAR GONZÁLEZ AVENUE
SAN JUAN, PR 00918

OFFICIAL USE

...RGES LLC

250 Muñoz Rivera Avenue, Ste 800
San Juan, Puerto Rico 00918-1813



UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 007.85⁰
0000899736
JUN 14 2021
MAILED FROM ZIP CODE 00918

Track Another Package +

**Tracking Number:** 70191120000130576427

Remove ✕

Your item was returned to the sender on June 17, 2021 at 1:35 pm in SAN JUAN, PR 00918 because the addressee was not known at the delivery address noted on the package.

## Addressee Unknown

June 17, 2021 at 1:35 pm
SAN JUAN, PR 00918

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

June 17, 2021, 1:35 pm
Addressee Unknown
SAN JUAN, PR 00918
Your item was returned to the sender on June 17, 2021 at 1:35 pm in SAN JUAN, PR 00918 because the addressee was not known at the delivery address noted on the package.

Feedback

---

Product Information ⌃

Postal Product:

Features:
Certified Mail™

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs

Omayra Sepúlveda Vega
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
OMAYRA.SEPULVEDA@ONEILLBORGES.COM

June 14, 2021

<u>CERTIFIED MAIL WITH RETURN RECEIPT</u>
<u>7019 1120 0001 3057 6434</u>

Mrs. Moraima Cintrón Avilés
Individually and on behalf of the Conjugal Partnership
  composed with Cleofe Rubí González
680 César González Avenue
San Juan, Puerto Rico  00918

RE:   *Bautista Cayman Asset Company. v. Rugam Corporation, et al*, Civil No. 16-02938, in
      the United States District Court for the District of Puerto Rico

Dear Mrs. Cintrón Avilés:

     In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A.
App. V, you are hereby notified that a court-appointed special master will sell at public auction
the properties described in the attached Notice of Public Sale.  The first auction will take place
on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes
Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

     If the first auction is deserted, a second auction will be held on July 9, 2021, starting at
10:00 a.m., at the same place.  If the second auction is deserted, a third auction will take place
on July 16, 2021, starting at 10:00 a.m., at the same place.

                                   Cordially,

                                   O'NEILL & BORGES LLC

                                   Omayra Sepúlveda Vega

Attachment



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MRS. MORAIMA CINTRÓN AVILÉS
Individually and on behalf of the Conjugal Partnership
composed with Cleofe Rubí González
680 CÉSAR GONZÁLEZ AVENUE
SAN JUAN, PUERTO RICO 00918

9590 9402 5067 9092 6068 77

2. Article Number *(Transfer from service label)*

7019 1120 0001 3057 6434

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



MRS. MORAIMA CINTRÓN AVILÉS
680 CÉSAR GONZÁLEZ AVENUE
SAN JUAN, PR 00918

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7019 1120 0001 3057 6434



UNITED STATES POSTAGE
$ 007.850
JUN 14 2021
MAILED FROM ZIP CODE 00918
0000898736
02 1P

**Track Another Package** +

**Tracking Number:** 70191120000130576434

Remove ✕

Your item was returned to the sender on June 17, 2021 at 1:35 pm in SAN JUAN, PR 00918 because the addressee was not known at the delivery address noted on the package.

## Addressee Unknown

June 17, 2021 at 1:35 pm
SAN JUAN, PR 00918

Get Updates ⌄

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌃ |
|---|---|

June 17, 2021, 1:35 pm
Addressee Unknown
SAN JUAN, PR 00918
Your item was returned to the sender on June 17, 2021 at 1:35 pm in SAN JUAN, PR 00918 because the addressee was not known at the delivery address noted on the package.

| Product Information | ⌃ |
|---|---|

Postal Product:

Features:
Certified Mail™

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

OMAYRA SEPÚLVEDA VEGA
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
OMAYRA.SEPULVEDA@ONEILLBORGES.COM

June 14, 2021

CERTIFIED MAIL WITH RETURN RECEIPT
7019 1120 0001 3057 6441

Mr. Cleofe Rubí González
Individually and on behalf of the Conjugal Partnership
    composed with Moraima Cintrón Avilés
1 Orquídea Street
Torrimar Development
Guaynabo, Puerto Rico  00966

RE:   *Bautista Cayman Asset Company. v. Rugam Corporation, et al*, Civil No. 16-02938, in
        the United States District Court for the District of Puerto Rico

Dear Mr. Rubí González:

In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A.
App. V, you are hereby notified that a court-appointed special master will sell at public auction
the properties described in the attached Notice of Public Sale.  The first auction will take place
on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes
Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

If the first auction is deserted, a second auction will be held on July 9, 2021, starting at
10:00 a.m., at the same place.  If the second auction is deserted, a third auction will take place
on July 16, 2021, starting at 10:00 a.m., at the same place.

Cordially,

O'NEILL & BORGES LLC

Omayra Sepúlveda Vega

Attachment

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. CLEOFE RUBÍ GONZÁLEZ
Individually and on behalf of the Conjugal Partnership
composed with Moraima Cintrón Avilés
1 ORQUIDEA STREET
TORRIMAR DEVELOPMENT
GUAYNABO, PUERTO RICO 00966

9590 9402 5067 9092 6068 60

2. Article Number *(Transfer from service label)*

7019 1120 0001 3057 6441

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt





MR. CLEOFE RUBÍ GONZÁLEZ
1 ORQUIDEA STREET
TORRIMAR DEVELOPMENT
GUAYNABO, PR 00966



$007.85
JUN 14 2021
MAILED FROM ZIP CODE 00918
0000899736
02 1P

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PUERTO RICO 00918-1813

OMAYRA SEPÚLVEDA VEGA
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
OMAYRA.SEPULVEDA@ONEILLBORGES.COM

June 14, 2021

<u>CERTIFIED MAIL WITH RETURN RECEIPT</u>
<u>7019 1120 0001 3057 6458</u>

Mr. Cleofe Rubí González
Individually and on behalf of the Conjugal Partnership
   composed with Moraima Cintrón Avilés
D-10 Mejico St.
Hato Rey
San Juan, Puerto Rico 00918

RE:   *Bautista Cayman Asset Company. v. Rugam Corporation, et al,* Civil No. 16-02938, in
     the United States District Court for the District of Puerto Rico

Dear Mr. Rubí González:

     In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A.
App. V, you are hereby notified that a court-appointed special master will sell at public auction
the properties described in the attached Notice of Public Sale. The first auction will take place
on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes
Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

     If the first auction is deserted, a second auction will be held on July 9, 2021, starting at
10:00 a.m., at the same place. If the second auction is deserted, a third auction will take place
on July 16, 2021, starting at 10:00 a.m., at the same place.

     Cordially,

     O'NEILL & BORGES LLC

     Omayra Sepúlveda Vega

Attachment



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. CLEOFE RUBÍ GONZÁLEZ
Individually and on behalf of the Conjugal Partnership
composed with Moraima Cintrón Avilés
D-10 MEJICO ST.
HATO REY
SAN JUAN, PUERTO RICO 00918

9590 9402 5315 9154 3218 41

2. Article Number (Transfer from service label)
7019 1120 0001 3057 6458

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

MR. CLEOFE RUBÍ GONZÁLEZ
D-10 MEJICO ST.
HATO REY
SAN JUAN, PR 00918

U.S. Postal Service®
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage

Total Postage and Fees

Sent to
MR. CLEOFE RUBÍ GONZÁLEZ
Individually and on behalf of the Conjugal Partnership
composed with Moraima Cintrón Avilés
Street and Apt. No., or PO Box No.
D-10 MEJICO ST.
City, State, ZIP+4®
SAN JUAN, PUERTO RICO 00918

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7019 1120 0001 3057 6458
7019 1120 0001 3057 6458



250 Muñoz Rivera Avenue, Ste 800
San Juan, Puerto Rico 00918-1813

UNITED STATES POSTAGE
PITNEY BOWES

$ 007.85⁰
0000869736
MAILED FROM ZIP CODE 00918
JUN 14 2021
00912 ZIP



Track Another Package +

**Tracking Number:** 70191120000130576458

Remove ✕

Your item was returned to the sender on June 18, 2021 at 7:39 pm in SAN JUAN, PR 00917 because the addressee was not known at the delivery address noted on the package.

## Addressee Unknown

June 18, 2021 at 7:39 pm
SAN JUAN, PR 00917

Get Updates ⌄

---

Text & Email Updates                                                    ⌄

---

**Tracking History**                                                    ⌃

June 18, 2021, 7:39 pm
Addressee Unknown
SAN JUAN, PR 00917
Your item was returned to the sender on June 18, 2021 at 7:39 pm in SAN JUAN, PR 00917 because the addressee was not known at the delivery address noted on the package.

---

**Product Information**                                                 ⌃

Postal Product:                          Features:
                                         Certified Mail™

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

OMAYRA SEPÚLVEDA VEGA
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
OMAYRA.SEPULVEDA@ONEILLBORGES.COM

June 14, 2021

CERTIFIED MAIL WITH RETURN RECEIPT
7019 1120 0001 3057 6465

Mrs. Moraima Cintrón Avilés
Individually and on behalf of the Conjugal Partnership
  composed with Cleofe Rubí González
1 Orquídea Street
Torrimar Development
Guaynabo, Puerto Rico  00966

RE:     *Bautista Cayman Asset Company. v. Rugam Corporation, et al*, Civil No. 16-02938, in
        the United States District Court for the District of Puerto Rico

Dear Mrs. Cintrón Avilés:

        In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A.
App. V, you are hereby notified that a court-appointed special master will sell at public auction
the properties described in the attached Notice of Public Sale.  The first auction will take place
on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes
Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

        If the first auction is deserted, a second auction will be held on July 9, 2021, starting at
10:00 a.m., at the same place.  If the second auction is deserted, a third auction will take place
on July 16, 2021, starting at 10:00 a.m., at the same place.

                            Cordially,

                            O'NEILL & BORGES LLC

                            Omayra Sepúlveda Vega

Attachment



**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MRS. MORAIMA CINTRÓN AVILÉS
Individually and on behalf of the Conjugal Partnership
composed with Cleofe Rubí González
I ORQUÍDEA STREET
TORRIMAR DEVELOPMENT
GUAYNABO, PUERTO RICO 00966

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5067 9092 6068 22

2. Article Number (Transfer from service label)

7019 1120 0001 3057 6465

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



MRS. MORAIMA CINTRÓN AVILÉS
1 ORQUÍDEA STREET
TORRIMAR DEVELOPMENT
GUAYNABO, PR 00966



UNITED STATES POSTAGE
$ 007.85⁰
021P
0000899736
MAILED FROM ZIP CODE 00918
JUN 14 2021

OMAYRA SEPÚLVEDA VEGA
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
OMAYRA.SEPULVEDA@ONEILLBORGES.COM

June 14, 2021

<u>CERTIFIED MAIL WITH RETURN RECEIPT</u>
<u>7019 1120 0001 3057 6472</u>

Juan M. Casellas Rodríguez, Esq.
PO Box 195287
San Juan, Puerto Rico 00919-5287

RE: *Bautista Cayman Asset Company. v. Rugam Corporation, et al*, Civil No. 16-02938, in
the United States District Court for the District of Puerto Rico

Dear Mr. Casellas Rodríguez:

In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A.
App. V, you are hereby notified that a court-appointed special master will sell at public auction
the properties described in the attached Notice of Public Sale. The first auction will take place
on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes
Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

If the first auction is deserted, a second auction will be held on July 9, 2021, starting at
10:00 a.m., at the same place. If the second auction is deserted, a third auction will take place
on July 16, 2021, starting at 10:00 a.m., at the same place.

Cordially,

O'NEILL & BORGES LLC

Omayra Sepúlveda Vega

Attachment

---

SENDER: *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

JUAN M. CASELLAS RODRÍGUEZ, ESQ.
PO BOX 195287
SAN JUAN, PUERTO RICO 00919-5287

9590 9402 5067 9092 6068 15

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   Jose Hegar        6-18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JUAN M. CASELLAS RODRÍGUEZ, ESQ.
PO BOX 195287
SAN JUAN, PUERTO RICO 00919-5287

9590 9402 5067 9092 6068 15

2. Article Number (Transfer from service label)

7019 1120 0001 3057 6472

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

JUAN M. CASELLAS RODRÍGUEZ, ESQ.
PO BOX 195287
SAN JUAN, PUERTO RICO 00919-5287

O'NEILL & BORGES LLC

250 Muñoz Rivera Avenue, Ste 800
San Juan, Puerto Rico 00918-1813

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Sent To
JUAN M. CASELLAS RODRÍGUEZ, ESQ.
PO BOX 195287
SAN JUAN, PUERTO RICO 00919-5287

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7019 1120 0001 3057 6472



UNITED STATES POSTAGE
$ 007.85°
0000089736
MAILED FROM ZIP CODE 00918
JUN 14 2021
02-5 P

OMAYRA SEPÚLVEDA VEGA
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
OMAYRA.SEPULVEDA@ONEILLBORGES.COM

June 14, 2021

<u>CERTIFIED MAIL WITH RETURN RECEIPT</u>
<u>7019 1120 0001 3057 6489</u>

Emil Rodríguez Escudero, Esq.
M.L. & R.E. Law Firm
513 Juan J. Jiménez St.
San Juan, Puerto Rico  00918

RE:    *Bautista Cayman Asset Company. v. Rugam Corporation, et al*, Civil No. 16-02938, in
the United States District Court for the District of Puerto Rico

Dear Mr. Rodríguez Escudero:

In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A.
App. V, you are hereby notified that a court-appointed special master will sell at public auction
the properties described in the attached Notice of Public Sale.  The first auction will take place
on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes
Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

If the first auction is deserted, a second auction will be held on July 9, 2021, starting at
10:00 a.m., at the same place.  If the second auction is deserted, a third auction will take place
on July 16, 2021, starting at 10:00 a.m., at the same place.

Cordially,

O'NEILL & BORGES LLC

Omayra Sepúlveda Vega

Attachment



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EMIL RODRÍGUEZ ESCUDERO, ESQ.
M.L. & R.E. LAW FIRM
513 JUAN J. JIMÉNEZ ST.
SAN JUAN, PUERTO RICO 00918

9590 9402 5067 9092 6068 08

2. Article Number *(Transfer from service label)*

7019 1120 0001 3057 6489

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

EMIL RODRÍGUEZ ESCUDERO, ESQ.
M.L. & R.E. LAW FIRM
513 JUAN J. JIMÉNEZ ST.
SAN JUAN, PUERTO RICO 00918

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)           $
☐ Return Receipt (electronic)         $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage & Fees
$

Sent To  EMIL RODRÍGUEZ ESCUDERO, ESQ.
         M.L. & R.E. LAW FIRM
         513 JUAN J. JIMÉNEZ ST.
         SAN JUAN, PUERTO RICO 00918

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7019 1120 0001 3057 6489

250 Muñoz Rivera Avenue, Ste 800
San Juan, Puerto Rico 00918-1813
LLC



UNITED STATES POSTAGE
PITNEY BOWES
02 1P       $ 007.850
0000899736
JUN 14 2021
MAILED FROM ZIP CODE 00918

Track Another Package  +

**Tracking Number:** 70191120000130576489

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 4:12 pm on June 16, 2021 in SAN JUAN, PR 00918.

## ⊘ Delivered, Front Desk/Reception/Mail Room

June 16, 2021 at 4:12 pm
SAN JUAN, PR 00918

Get Updates ⌄

---

**Text & Email Updates**                                    ⌄

---

**Tracking History**                                        ⌃

June 16, 2021, 4:12 pm
Delivered, Front Desk/Reception/Mail Room
SAN JUAN, PR 00918
Your item was delivered to the front desk, reception area, or mail room at 4:12 pm on June 16, 2021 in SAN JUAN, PR 00918.

Feedback

---

**Product Information**                                     ⌃

Postal Product:                          Features:
                                         Certified Mail™

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

OMAYRA SEPÚLVEDA VEGA
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
IMAYRA.SEPULVEDA@ONEILLBORGES.COM

June 14, 2021

<u>CERTIFIED MAIL WITH RETURN RECEIPT</u>
<u>7019 1120 0001 3057 6496</u>

Emil Rodríguez Escudero, Esq.
Cond. Cobian's Plaza
1607 Ponce de León Ave.
Suite 404
San Juan, Puerto Rico 00909

RE:   *Bautista Cayman Asset Company. v. Rugam Corporation, et al*, Civil No. 16-02938, in
      the United States District Court for the District of Puerto Rico

Dear Mr. Rodríguez Escudero:

In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A.
App. V, you are hereby notified that a court-appointed special master will sell at public auction
the properties described in the attached Notice of Public Sale. The first auction will take place
on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes
Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

If the first auction is deserted, a second auction will be held on July 9, 2021, starting at
10:00 a.m., at the same place. If the second auction is deserted, a third auction will take place
on July 16, 2021, starting at 10:00 a.m., at the same place.

Cordially,

O'NEILL & BORGES LLC

Omayra Sepúlveda Vega

Attachment





**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EMIL RODRÍGUEZ ESCUDERO, ESQ.
M.L. & R.E. LAW FIRM
COND. COBIAN'S PLAZA
1607 PONCE DE LEÓN AVE.
SUITE 404
SAN JUAN, PUERTO RICO 00909

9590 9402 5067 9092 6067 92

2. Article Number (Transfer from service label)

7019 1120 0001 3057 6496

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

EMIL RODRÍGUEZ ESCUDERO, ESQ.
COND. COBIAN'S PLAZA
1607 PONCE DE LEÓN AVE.
SUITE 404
SAN JUAN, PUERTO RICO 00909

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage & Fees
$
Sent To  EMIL RODRÍGUEZ ESCUDERO, ESQ.
         COND. COBIAN'S PLAZA,
Street and Apt. No., or PO Box No.  1607 PONCE DE LEÓN AVE.
City, State, ZIP+4®

Postmark Here

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7019 1120 0001 3057 6496
7019 1120 0001 3057 6496

250 Muñoz Rivera Avenue, Ste 800
San Juan, Puerto Rico 00918-1813



UNITED STATES POSTAGE
$ 007.85⁰
02 1P
0000869736
JUN 14 2021
MAILED FROM ZIP CODE 00918

OMAYRA SEPÚLVEDA VEGA
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
OMAYRA.SEPULVEDA@ONEILLBORGES.COM

June 14, 2021

CERTIFIED MAIL WITH RETURN RECEIPT
7019 1120 0001 3057 6502

María D. Urrutia Betancourt
Paseo Del Prado C-7
Camino Real
San Juan, Puerto Rico 00926

RE:   *Bautista Cayman Asset Company. v. Rugam Corporation, et al*, Civil No. 16-02938, in
      the United States District Court for the District of Puerto Rico

Dear Mrs. Urrutia Betancourt:

In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A.
App. V, you are hereby notified that a court-appointed special master will sell at public auction
the properties described in the attached Notice of Public Sale. The first auction will take place
on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes
Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

If the first auction is deserted, a second auction will be held on July 9, 2021, starting at
10:00 a.m., at the same place. If the second auction is deserted, a third auction will take place
on July 16, 2021, starting at 10:00 a.m., at the same place.

Cordially,

O'NEILL & BORGES LLC

Omayra Sepúlveda Vega

Attachment

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARÍA D. URRUTIA BETANCOURT
PASEO DEL PRADO C-7
CAMINO REAL
SAN JUAN, PR 00926

9590 9402 5315 9154 3218 34

2. Article Number (Transfer from service label)

7019 1120 0001 3057 6502

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

MARÍA D. URRUTIA BETANCOURT
PASEO DEL PRADO C-7
CAMINO REAL
SAN JUAN, PR 00926

U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

7019 1120 0001 3057 6502



UNITED STATES POSTAGE
$ 007.85⁰
02 1P
0000899736
JUN 14 2021
MAILED FROM ZIP CODE 00918

OMAYRA SEPÚLVEDA VEGA
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
OMAYRA.SEPULVEDA@ONEILLBORGES.COM

June 14, 2021

<u>CERTIFIED MAIL WITH RETURN RECEIPT</u>
<u>7019 1120 0001 3057 6519</u>

Carlos R. Urrutia Betancourt
113 Calle Jengibre
Urb. Ciudad Centro
Gurabo, Puerto Rico  00778-9661

RE:  *Bautista Cayman Asset Company. v. Rugam Corporation, et al*, Civil No. 16-02938, in the United States District Court for the District of Puerto Rico

Dear Mr. Urrutia Betancourt:

In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A. App. V, you are hereby notified that a court-appointed special master will sell at public auction the properties described in the attached Notice of Public Sale.  The first auction will take place on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

If the first auction is deserted, a second auction will be held on July 9, 2021, starting at 10:00 a.m., at the same place.  If the second auction is deserted, a third auction will take place on July 16, 2021, starting at 10:00 a.m., at the same place.

Cordially,

O'NEILL & BORGES LLC

Omayra Sepúlveda Vega

Attachment



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CARLOS R. URRUTIA BETANCOURT
113 CALLE JENGIBRE
URB. CIUDAD CENTRO
GURABO, PR 00778-9661

9590 9402 5315 9154 3218 27

2. Article Number (Transfer from service label)

7019 1120 0001 3057 6519

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

7019 1120 0001 3057 6519

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage

Total Postage and Fees

Sent To
CARLOS R. URRUTIA BETANCOURT
Street and Apt. No., or PO Box No.
113 CALLE JENGIBRE
City, State, ZIP+4®
URB. CIUDAD CENTRO
GURABO, PR 00778-9661

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7019 1120 0001 3057 6519

CARLOS R. URRUTIA BETANCOURT
113 CALLE JENGIBRE
URB. CIUDAD CENTRO
GURABO, PR 00778-9661



UNITED STATES POSTAL SERVICE
PITNEY BOWES
02 1P
$ 007.85°
0000899736
JUN 14 2021
MAILED FROM ZIP CODE 00918

# USPS Tracking®

**Track Another Package** +

**Tracking Number:** 70191120000130576519    Remove ✕

Your item was delivered to an individual at the address at 11:15 am on June 22, 2021 in GURABO, PR 00778.

## ⊘ Delivered, Left with Individual

June 22, 2021 at 11:15 am
GURABO, PR 00778

**Get Updates** ⌄

---

**Text & Email Updates**    ⌄

---

**Tracking History**    ⌃

June 22, 2021, 11:15 am
Delivered, Left with Individual
GURABO, PR 00778
Your item was delivered to an individual at the address at 11:15 am on June 22, 2021 in GURABO, PR 00778.

June 21, 2021, 7:17 pm
Notice Left (No Authorized Recipient Available)
GURABO, PR 00778

June 21, 2021, 8:36 am
Out for Delivery
YABUCOA, PR 00767

June 21, 2021, 8:25 am
Arrived at Post Office
GURABO, PR 00778

June 16, 2021, 9:12 am
Arrived at USPS Facility
YABUCOA, PR 00767

---

**Product Information**    ⌃

**Postal Product:**    **Features:**
                       Certified Mail™

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

OMAYRA SEPÚLVEDA VEGA
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
IMAYRA.SEPULVEDA@ONEILLBORGES.COM

June 14, 2021

**CERTIFIED MAIL WITH RETURN RECEIPT**
**7019 1120 0001 3057 6526**

Esther Urrutia Betancourt
Paseo Del Prado C-7
Camino Real
San Juan, Puerto Rico 00926

RE:     *Bautista Cayman Asset Company. v. Rugam Corporation, et al*, Civil No. 16-02938, in
         the United States District Court for the District of Puerto Rico

Dear Mr. Urrutia Betancourt:

In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A.
App. V, you are hereby notified that a court-appointed special master will sell at public auction
the properties described in the attached Notice of Public Sale. The first auction will take place
on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes
Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

If the first auction is deserted, a second auction will be held on July 9, 2021, starting at
10:00 a.m., at the same place. If the second auction is deserted, a third auction will take place
on July 16, 2021, starting at 10:00 a.m., at the same place.

Cordially,

O'NEILL & BORGES LLC

Omayra Sepúlveda Vega

Attachment

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:
ESTHER URRUTIA BETANCOURT
PASEO DEL PRADO C-7
CAMINO REAL
SAN JUAN, PR 00926

9590 9402 5315 9154 3218 10

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ESTHER URRUTIA BETANCOURT
PASEO DEL PRADO C-7
CAMINO REAL
SAN JUAN, PR 00926

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5315 9154 3218 10

2. Article Number (Transfer from service label)

7019 1120 0001 3057 6526

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

ESTHER URRUTIA BETANCOURT
PASEO DEL PRADO C-7
CAMINO REAL
SAN JUAN, PR 00926

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7019 1120 0001 3057 6526



UNITED STATES POSTAGE
PITNEY BOWES

02 1P    $ 007.850
0000890736
JUN 14 2021
MAILED FROM ZIP CODE 00918

OMAYRA SEPÚLVEDA VEGA
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
omayra.sepulveda@oneillborges.com

June 14, 2021

CERTIFIED MAIL WITH RETURN RECEIPT
7019 1120 0001 3057 6533

Teresa S. Urrutia Betancourt
Paseo Del Prado C-7
Camino Real
San Juan, Puerto Rico 00926

RE: *Bautista Cayman Asset Company. v. Rugam Corporation, et al*, Civil No. 16-02938, in the United States District Court for the District of Puerto Rico

Dear Mrs. Urrutia Betancourt:

In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A. App. V, you are hereby notified that a court-appointed special master will sell at public auction the properties described in the attached Notice of Public Sale. The first auction will take place on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

If the first auction is deserted, a second auction will be held on July 9, 2021, starting at 10:00 a.m., at the same place. If the second auction is deserted, a third auction will take place on July 16, 2021, starting at 10:00 a.m., at the same place.

Cordially,

O'NEILL & BORGES LLC

Omayra Sepúlveda Vega

Attachment

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TERESA S. URRUTIA BETANCOURT
PASEO DEL PRADO C-7
CAMINO REAL
SAN JUAN, PR 00926

9590 9402 5315 9154 3218 03

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TERESA S. URRUTIA BETANCOURT
PASEO DEL PRADO C-7
CAMINO REAL
SAN JUAN, PR. 00926

9590 9402 5315 9154 3218 03

2. Article Number (Transfer from service label)

7019 1120 0001 3057 6533

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

TERESA S. URRUTIA BETANCOURT
PASEO DEL PRADO C-7
CAMINO REAL
SAN JUAN, PR 00926

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent to
TERESA S. URRUTIA BETANCOURT
PASEO DEL PRADO C-7
CAMINO REAL
SAN JUAN, PR 00926

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 1120 0001 3057 6533

250 Muñoz Rivera Avenue, Ste 800
San Juan, Puerto Rico 00918-1813



UNITED STATES POSTAGE
PITNEY BOWES
$ 007.850
02 1P
0000889736
JUN 14 2021
MAILED FROM ZIP CODE 00918

**O'NEILL & BORGES** LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PUERTO RICO 00918-1813

OMAYRA SEPÚLVEDA VEGA
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
OMAYRA.SEPULVEDA@ONEILLBORGES.COM

June 14, 2021

<u>CERTIFIED MAIL WITH RETURN RECEIPT</u>
<u>7019 1120 0001 3057 6540</u>

Mr. Cleofe Rubí González
Individually and on behalf of the Conjugal Partnership
  composed with Moraima Cintrón Avilés
PO Box 190249
San Juan, Puerto Rico  00919-0249

RE:   *Bautista Cayman Asset Company. v. Rugam Corporation, et al*, Civil No. 16-02938, in
        the United States District Court for the District of Puerto Rico

Dear Mr. Rubí González:

    In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A.
App. V, you are hereby notified that a court-appointed special master will sell at public auction
the properties described in the attached Notice of Public Sale.  The first auction will take place
on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes
Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

    If the first auction is deserted, a second auction will be held on July 9, 2021, starting at
10:00 a.m., at the same place.  If the second auction is deserted, a third auction will take place
on July 16, 2021, starting at 10:00 a.m., at the same place.

                                    Cordially,

                                    O'NEILL & BORGES LLC

                                    Omayra Sepúlveda Vega

Attachment

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

MR. CLEOFE RUBÍ GONZÁLEZ
Individually and on behalf of the Conjugal Partnership
  composed with Moraima Cintrón Avilés
PO BOX 190249
SAN JUAN, PUERTO RICO  00919-0249

9590 9402 5315 9154 3217 97

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   Michael Gonzalez    6 17 21
D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
                                   ☐ Priority Mail Express®
                                   ☐ Registered Mail™
                                   ☐ Registered Mail Restricted Delivery
                                   ☐ Return Receipt for Merchandise

JUN 14 2021

## SENDER: COMPLETE THIS SECTION

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. CLEOFE RUBÍ GONZÁLEZ
Individually and on behalf of the Conjugal Partnership
composed with Moraima Cintrón Avilés
PO BOX 190249
SAN JUAN, PUERTO RICO  00919-0249

9590 9402 5315 9154 3217 97

2. Article Number (Transfer from service label)

7019 1120 0001 3057 6540

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



SR. CLEOFE RUBÍ GONZÁLEZ
PO BOX 190249
SAN JUAN, PUERTO RICO  00919-0249

O'NEILL & BORGES LLC

250 Muñoz Rivera Avenue, Ste 800
San Juan, Puerto Rico 00918-1813



UNITED STATES POSTAGE
PITNEY BOWES
$ 007.85⁰
02 1P
0000869736
MAILED FROM ZIP CODE 00918
JUN 14 2021

**O'NEILL & BORGES** LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PUERTO RICO 00918-1813

ONAYRA SEPÚLVEDA VEGA
787-282-5745

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
[MAYRA.SEPULVEDA@ONEILLBORGES.COM](mailto:MAYRA.SEPULVEDA@ONEILLBORGES.COM)

June 14, 2021

<u>CERTIFIED MAIL WITH RETURN RECEIPT</u>
<u>7019 1120 0001 3057 6557</u>

Mrs. Moraima Cintrón Avilés
Individually and on behalf of the Conjugal Partnership
  composed with Cleofe Rubí González
PO Box 190249
San Juan, Puerto Rico  00919-0249

RE:  *Bautista Cayman Asset Company. v. Rugam Corporation, et al*, Civil No. 16-02938, in
the United States District Court for the District of Puerto Rico

Dear Mr. Rubí González:

In compliance with Rule 51.7 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A. App. V, you are hereby notified that a court-appointed special master will sell at public auction the properties described in the attached Notice of Public Sale.  The first auction will take place on July 2, 2021, starting at 10:00 a.m., at Rondapro, E Street, Lot 3, Section 4, Los Frailes Industrial Park, Guaynabo, Puerto Rico 00969 (18,3699028-66.1126971).

If the first auction is deserted, a second auction will be held on July 9, 2021, starting at 10:00 a.m., at the same place.  If the second auction is deserted, a third auction will take place on July 16, 2021, starting at 10:00 a.m., at the same place.

Cordially,

O'NEILL & BORGES LLC

Omayra Sepúlveda Vega

Attachment

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

MRS. MORAIMA CINTRÓN AVILÉS
Individually and on behalf of the Conjugal Partnership
composed with Cleofe Rubí González
PO BOX 190249
SAN JUAN, PUERTO RICO  00919-0249

9590 9402 5315 9154 3217 80

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Michael Gonzalez   6/17/21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Return Receipt for
   Merchandise

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MRS. MORAIMA CINTRÓN AVILÉS
Individually and on behalf of the Conjugal Partnership
composed with Cleofe Rubí González
PO BOX 190249
SAN JUAN, PUERTO RICO 00919-0249

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5315 9154 3217 80

2. Article Number (Transfer from service label)

7019 1120 0001 3057 6557

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

SRA. MORAIMA CINTRÓN AVILÉS
PO BOX 190249
SAN JUAN, PUERTO RICO 00919-0249

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

OFFICIAL USE

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Sent To
MRS. MORAIMA CINTRÓN AVILÉS
Individually and on behalf of the Conjugal Partnership
composed with Cleofe Rubí González
PO BOX 190249
SAN JUAN, PUERTO RICO 00919-0249

7019 1120 0001 3057 6557
7019 1120 0001 3057 6557

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions





UNITED STATES POSTAGE
$ 007.85°
02 1P
0000889736
MAILED FROM ZIP CODE 00918
JUN 14 2021